**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| ENVIRONMENT AMERICA, D/B/A ENVIRONMENT OHIO, AND LAKE ERIE WATERKEEPER, | Civil No. 3:24-cv-00515 |
| Plaintiffs, | |
| v. | Judge Jack Zouhary |
| CAMPBELL SOUP SUPPLY COMPANY L.L.C., | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Civil No. 3:24-cv-00523 |
| v. | |
| | Judge Jack Zouhary |
| CAMPBELL SOUP SUPPLY COMPANY, L.L.C., | |
| Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Consolidation Order, ECF No. 11, the Parties hereby submit this Joint

Status Report to inform the Court what steps have been taken and proposing an initial telephone

conference.

The Parties report that they are actively engaged in negotiations to resolve the claims in the Complaints filed in this matter without litigation.  These negotiations have included regular meetings, exchanges of technical information, and the circulation of several written proposals.  The Parties intend to continue those negotiations with the joint goal of significantly narrowing the remaining issues by the time the Answer is due on August 9.

The Parties respectfully propose that the Court schedule a telephone conference the week of July 29 in which the Parties can provide an update on negotiation progress and anticipated next steps for this matter.

Respectfully submitted this 14th day of June, 2024,

**FOR PLAINTIFFS**

FOR THE UNITED STATES OF
AMERICA:


TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

/s/ *Lila C. Jones*
LILA C. JONES (NM 148098)
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-5261
thomas.benson@usdoj.gov
(202) 514-9859
lila.jones@usdoj.gov


REBECCA C. LUTZKO
United States Attorney

**FOR DEFENDANT**

/s/ *Jack A. Van Kley (with permission)*
Jack A. Van Kley (0016961)
Van Kley Law, LLC
132 Northwoods Blvd., Suite C-1
Columbus, OH 43235
Telephone: (614) 431-8900
Facsimile: (614) 431-8905
Email: jvankley@vankley.law
Trial Attorney for Defendant

2

JACKSON FROLIKLONG
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3818
(216) 522-2404 (facsimile)
Joseph.Froliklong@usdoj.gov


FOR THE CITIZEN PLAINTIFFS:


*/s/ Christos N. Georgalis (with permission)*
Christos N. Georgalis (OH: 0079433)
Flannery | Georgalis, LLC
1375 E. 9th Street, 30th Floor
Cleveland, OH 44114
(216) 367-2095 (phone)
chris@flannerygeorgalis.com

*/s/ Matthew L. Jalandoni (with permission)*
Matthew L. Jalandoni (OH: 0087074)
Flannery | Georgalis, LLC
175 S. 3rd Street, Suite 1060
Columbus, OH 43215
(380) 444-6027 (phone)
mjalandoni@flannerygeorgalis.com

*/s/ Charles C. Caldart (with permission)*
Charles C. Caldart (admitted pro hac vice)
Joshua R. Kratka (admitted pro hac vice)
National Environmental Law Center
294 Washington Street, Suite 500
Boston, MA 02108
(617) 747-4304 (phone)
cccnelc@aol.com
josh.kratka@nelc.org