# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ENVIRONMENT AMERICA, D/B/A ENVIRONMENT OHIO, AND LAKE ERIE WATERKEEPER, | Civil No. 3:24-cv-00515 |
| Plaintiffs, | |
| v. | Judge Jack Zouhary |
| CAMPBELL SOUP SUPPLY COMPANY L.L.C., | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Civil No. 3:24-cv-00523 |
| v. | Judge Jack Zouhary |
| CAMPBELL SOUP SUPPLY COMPANY, L.L.C., | |
| Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order directing the Parties to submit a status report by September 13, ECF No. 17, the Parties hereby submit this Joint Status Report to apprise the Court of recent developments and propose a continued stay of proceedings.

The Parties report that they completed a site-visit on August 26-27, 2024, which included technical discussions, and held a settlement discussion on September 11, 2024. The Parties still need to hold additional necessary technical discussions, the first of which is scheduled for September 18,2024, and still need to engage meaningfully regarding a penalty settlement figure the United States proposed on July 2, 2024, in which the citizen group Plaintiffs joined.

The Parties remain motivated to resolve the claims in the Complaints filed in this matter without litigation and believe they would benefit from an additional four weeks to pursue a negotiated resolution.

The Parties therefore respectfully request that the Court leave the stay of proceedings in place until October 11, 2024, upon which date the Parties shall submit a further status report.

Respectfully submitted this 13th day of September, 2024,

| FOR PLAINTIFFS | FOR DEFENDANT |
|---|---|
| FOR THE UNITED STATES OF AMERICA: | /s/ *Jack A. Van Kely (with permission)* <br>Jack A. Van Kley (0016961) <br>Van Kley Law, LLC <br>132 Northwoods Blvd., Suite C-1 |
| TODD KIM <br>Assistant Attorney General <br>Environment and Natural Resources Division | Columbus, OH 43235 <br>Telephone: (614) 431-8900 <br>Facsimile: (614) 431-8905 <br>Email: jvankley@vankley.law |
| /s/ *Lila C. Jones* <br>LILA C. JONES (NM 148098) <br>Environmental Enforcement Section <br>Environment and Natural Resources Division <br>United States Department of Justice <br>P.O. Box 7611 <br>Washington, D.C. 20044-7611 <br>(202) 514-5261 <br>thomas.benson@usdoj.gov | Trial Attorney for Defendant <br><br>/s/ *Karl Heisler (with permission)* <br>Karl R. Heisler (*pro hac vice*) <br>King & Spalding LLP <br>110 N. Wacker Drive, Suite 3800 <br>Chicago, IL 60606 <br>Telephone: (312) 764-6927 <br>Facsimile: (312) 995-6330 |

(202) 514-9859
lila.jones@usdoj.gov

REBECCA C. LUTZKO
United States Attorney
Patricia M. Fitzgerald
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3779
(216) 522-2404 (facsimile)
Patricia.Fitzgerald@usdoj.gov

FOR THE CITIZEN PLAINTIFFS:

Christos N. Georgalis (OH: 0079433)
Flannery | Georgalis, LLC
1375 E. 9th Street, 30th Floor
Cleveland, OH 44114
(216) 367-2095 (phone)
chris@flannerygeorgalis.com

Matthew L. Jalandoni (OH: 0087074)
Flannery | Georgalis, LLC
175 S. 3rd Street, Suite 1060
Columbus, OH 43215
(380) 444-6027 (phone)
mjalandoni@flannerygeorgalis.com

*/s/ Charles C. Caldart (with permission)*
Charles C. Caldart (admitted pro hac vice)
Joshua R. Kratka (admitted pro hac vice)
National Environmental Law Center
294 Washington Street, Suite 500
Boston, MA 02108
(617) 747-4304 (phone)
cccnelc@aol.com
josh.kratka@nelc.org

Email: kheisler@kslaw.com

3