**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| ENVIRONMENT AMERICA, D/B/A ENVIRONMENT OHIO, AND LAKE ERIE WATERKEEPER, | |
| | Civil No. 3:24-cv-00515 |
| Plaintiffs, | |
| v. | Judge Jack Zouhary |
| CAMPBELL SOUP SUPPLY COMPANY L.L.C., | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | |
| Plaintiff, | Civil No. 3:24-cv-00523 |
| | |
| v. | Judge Jack Zouhary |
| | |
| CAMPBELL SOUP SUPPLY COMPANY, L.L.C., | |
| | |
| Defendant. | |

**STATUS REPORT**

Pursuant to the Court's Order directing the Parties to submit a status report by October 11, 2024, Minute Entry Order September 16, 2024, the Parties hereby submit this Status Report to apprise the Court of recent developments and to propose a path forward.

The Parties report that they have engaged in settlement negotiations, but have been unable to reach consensus on the civil penalty or injunctive relief.  Plaintiffs seek to lift the stay and request that all deadlines be reinstated immediately, and Defendant does not oppose the lifting of the stay. The Parties remain committed to a negotiated resolution of this matter and will continue to work to that end.

Respectfully submitted this 11th day of October, 2024,

**FOR PLAINTIFFS**

FOR THE UNITED STATES OF AMERICA:

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

/s/ *Lila C. Jones*
LILA C. JONES (NM 148098)
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-9859
lila.jones@usdoj.gov

REBECCA C. LUTZKO
United States Attorney
Patricia M. Fitzgerald
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3779
(216) 522-2404 (facsimile)
Patricia.Fitzgerald@usdoj.gov

**FOR DEFENDANT**

/s/ *Jack Van Kley (with permission)*
Jack A. Van Kley (0016961)
Van Kley Law, LLC
132 Northwoods Blvd., Suite C-1
Columbus, OH 43235
Telephone: (614) 431-8900
Facsimile: (614) 431-8905
Email: jvankley@vankley.law
Trial Attorney for Defendant

/s/ *Karl Heisler (with permission)*
Karl R. Heisler (*pro hac vice*)
King & Spalding LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 764-6927
Facsimile: (312) 995-6330
Email: kheisler@kslaw.com

FOR THE CITIZEN PLAINTIFFS:


Christos N. Georgalis (OH: 0079433)
Flannery | Georgalis, LLC
1375 E. 9th Street, 30th Floor
Cleveland, OH 44114
(216) 367-2095 (phone)
chris@flannerygeorgalis.com

Matthew L. Jalandoni (OH: 0087074)
Flannery | Georgalis, LLC
175 S. 3rd Street, Suite 1060
Columbus, OH 43215
(380) 444-6027 (phone)
mjalandoni@flannerygeorgalis.com

*/s/ Charles Caldart (with permission)*
Charles C. Caldart (admitted pro hac vice)
Joshua R. Kratka (admitted pro hac vice)
National Environmental Law Center
294 Washington Street, Suite 500
Boston, MA 02108
(617) 747-4304 (phone)
cccnelc@aol.com
josh.kratka@nelc.org