# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| ENVIRONMENT AMERICA, D/B/A ENVIRONMENT OHIO, AND LAKE ERIE WATERKEEPER, | Civil No. 3:24-cv-00515 |
| Plaintiffs, | |
| v. | Judge Jack Zouhary |
| CAMPBELL SOUP SUPPLY COMPANY L.L.C., | |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Civil No. 3:24-cv-00523 |
| v. | |
| CAMPBELL SOUP SUPPLY COMPANY L.L.C., | Judge Jack Zouhary |
| Defendant. | |

**JOINT STATUS REPORT
AND REQUEST TO EXTEND THE SCHEDULE**

The Parties, Plaintiffs the United States, on behalf of the Environmental Protection Agency, Environment America, d/b/a Environment Ohio, and Lake Erie Waterkeeper, and Defendant, Campbell Soup Supply Company L.L.C., submit this Joint Status Report and Request to Extend the Schedule, and state as follows:

**I.      Status Update**

1.      The Parties report that they remain actively engaged in negotiations to resolve the claims in the Complaints filed in this matter and, to that end, have made substantial progress over the last two months in an effort to resolve the liability phase of this matter.

2.      On June 3, 2025, the Court held a Zoom Status Conference. The Parties discussed a possible Motion for Partial Summary Judgment as well as the possibility of a stipulation to resolve the liability phase of this case. The Court directed the Parties to suggest a proposed date and time for the next Zoom Status Conference in September. ECF No. 44.

3.      The Parties file this Joint Status Report and Request to Extend the Schedule to apprise the Court of their efforts to resolve the liability phase of this case without motion practice.

4.      The Parties have been working together in good faith on a stipulation to resolve liability. That stipulation would likely influence the scope of affirmative discovery and the need for a Motion for Partial Summary Judgment. The Parties have therefore devoted most of their recent efforts to the stipulation rather than directing their resources to affirmative discovery or additional discussions concerning a Motion for Partial Summary Judgment.

5.      The Parties anticipate that they will be able to apprise the Court of whether they can reach agreement on the stipulation within one month from the date of this filing.

**II.     Request to Extend the Schedule**

6.      On February 5, 2025, the Court issued a scheduling order in this matter. ECF No. 34.

7.      The Scheduling Order sets forth the following schedule:

    a.  Initial Disclosures: "promptly," with reference to the Rule 26(f) Report (Doc. # 32, ¶ 2), in which the Parties agreed to provide initial disclosures 120 days after conclusion of mediation (*i.e.*, no later than **August 22, 2025**) with the production of documents supporting the initial disclosures to occur no later than 30 days thereafter (*i.e.*, **September 22, 2025**)

    b.  Deadline for amending pleadings/adding parties: **September 5, 2025**

    c.  Fact Discovery Deadline (including responsive document production and depositions): **October 3, 2025**

    d.  Primary Expert Reports: **November 14, 2025**

    e.  Rebuttal Expert Reports: **December 19, 2025**

    f.  Discovery Deadline: **February 27, 2026**

    g.  Trial: **June 2026**

  8.  The Plaintiffs intend to produce documents with their initial disclosures on August 22, 2025. The Defendant intends to produce documents on a rolling basis and complete its productions 30 days after initial disclosures are due, *i.e.*, September 22, 2025.

  9.  The Parties respectfully request that the Court extend the schedule for this matter. The Parties make this request because, under the current schedule, fact discovery is only approximately six weeks long. Under the Federal Rules of Civil Procedure, the Parties have 30 days to respond to interrogatories, requests for the production of documents, and requests for admission, leaving only two weeks to review the responses and schedule depositions. *See* Fed. R. Civ. P. 33(b)(2), & 36(a)(3). The Plaintiffs will also not have adequate time to review all of the documents produced by the Defendant in its initial disclosures.

10. In addition, the Parties have not yet propounded additional discovery because they have not yet exchanged initial disclosures, which may help the Parties to more narrowly tailor their discovery requests. The Parties anticipate potentially tens of thousands of documents will need to be processed and subject to eyes-on privilege review.

11. The Parties also request an extension of expert discovery because the Parties anticipate the expert reports in this matter will be highly technical in nature and require adequate time for experts to review documents and information developed in fact discovery. In addition, expert discovery under the current schedule will take place during the Thanksgiving holiday.

12. The Parties are working cooperatively to best utilize their limited resources.

13. The Parties respectfully request that the schedule be amended as follows:

   a. Initial Disclosures: **August 22, 2025 (no change)**

   b. Completion of rolling document production as part of initial disclosures: **September 22, 2025 (no change)**

   c. Deadline for amending pleadings/adding parties: **September 5, 2025 (no change)**

   d. Fact Discovery Deadline (including responsive document production and depositions): **January 16, 2026 (approximately four months of fact discovery)**

   e. Exchange of Expert Witness Disclosures and Primary Expert Reports (including document production): **February 26, 2026 (approximately 6 weeks for expert reports)**

   f. Rebuttal Expert Reports (including document production): **April 9, 2026 (6 weeks for rebuttal expert reports)**

    **g.**  Discovery Deadline: **June 4, 2026 (approximately two months after rebuttal expert reports)**

    h.  Trial: **October 2026, or as convenient for the Court**

14. The Parties also propose submitting a status report and proposed schedule for remaining pre-trial milestones on **May 4, 2026.**

15. Given the complexity of the issues in this case and the high volume of electronically stored information, the Parties believe this schedule will allow them to best utilize their limited resources while still moving to resolve this complex matter in a timely manner.

16. The Parties propose that the Court schedule a Zoom Status Conference to be held after September 2 to discuss the status of the Parties' negotiations to resolve the liability phase of these cases and the next steps resulting from the outcome of those negotiations.

Respectfully submitted this 22nd day of August, 2025,

| FOR PLAINTIFFS | FOR DEFENDANT |
|---|---|
| FOR THE UNITED STATES OF AMERICA: | /s/ *Karl Heisler (with permission)*<br>Karl Heisler (*pro hac vice*)<br>King & Spalding LLP |
| /s/ *Pedro Segura*<br>Pedro Segura (TX: 24121823)<br>United States Department of Justice<br>Environmental Enforcement Section<br>Washington, DC<br>Phone: (202) 598-5263<br>Email: pedro.segura@usdoj.gov | 110 North Wacker Drive, Suite 3800<br>Chicago, IL 60606<br>Phone: (312) 764-6927<br>Fax: (312) 955-6330<br>Email: kheisler@kslaw.com |
| Alexandra B. Sherertz (MD: 1212130122)<br>United States Department of Justice<br>Environmental Enforcement Section<br>Ben Franklin Station<br>P.O. Box 7611<br>Washington, DC 20044-7611<br>Phone: (202) 598-5263 | Jack A. Van Kley (0016961)<br>Van Kley Law, LLC<br>5609 Piermont Court<br>Westerville, OH 43082<br>Phone: (614) 392-1100<br>Fax: (614) 705-6283<br>Email: jvankley@vankley.law<br>Trial Attorney for Defendant<br>Campbell Soup Supply Company L.L.C. |

Fax: (202) 616-2427
Email: alexandra.sherertz@usdoj.gov

Patricia M. Fitzgerald
Office of the U.S. Attorney - Cleveland
Northern District of Ohio
Ste. 400
801 Superior Avenue, W
Cleveland, OH 44113
Phone: (216) 622-3779
Fax: (216) 522-2404
Email: Patricia.fitzgerald2@usdoj.gov

FOR THE CITIZEN PLAINTIFFS:

Christos N. Georgalis (0079433)
Flannery | Georgalis, LLC
1375 E. 9th Street, 30th Floor
Cleveland, OH 44114
Phone: (216) 367-2095
Email: chris@flannerygeorgalis.com

Matthew L. Jalandoni (0087074)
Flannery | Georgalis, LLC
175 S. 3rd Street, Suite 1060
Columbus, OH 43215
Phone: (380) 444-6027
Email: mjalandoni@flannerygeorgalis.com

/s/ *Joshua R. Kratka (with permission)*
Joshua R. Kratka (*pro hac vice*)
National Environmental Law Center
294 Washington Street, Suite 720
Boston, MA 02108
Phone: (617) 747-4333
Fax: (617) 292-8057
Email: josh.kratka@nelc.org

Charles C. Caldart (*pro hac vice*)
National Environmental Law Center
294 Washington Street, Suite 720
Boston, MA 02108
Phone: (206) 854-5481
Fax: (617) 292-8057
Email: cccnelc@aol.com