# Exhibit B

To Joint Stipulation of Facts and Law Regarding
Standing and Liability

# DISCHARGE MONITORING REPORT VALUES AND REQUEST FOR ADMISSION
## OF VALUE REPORTED AND ACCURACY OF REPORTED VALUES

| Suing Period | Outfall | Parameter/Constituent Description | Average Daily Flow (MGD) | Limit Type | Reported DMR Value | Limit | Limit Value Unit | REQUEST FOR ADMISSION 3: Admit Row Corresponds to Reported DMR Value | REQUEST FOR ADMISSION 4: Admit Row Reflects Self-Monitoring Values | Corrected Values for Each Detail; provide corrections in this column or in a separate narrative |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/16/2018 | 1 | Solids, total suspended | | 9.9 DAILY MX | 30 | 45 | mg/L | Admitted | Admitted | |
| 8/16/2018 | 1 | BOD, carbonaceous_05 day_20 C | | 8.9 DAILY MX | 57 | 40 | mg/L | Admitted | Admitted | |
| 8/16/2018 | 1 | BOD, carbonaceous_05 day_20 C | | 8.9 DAILY MX | 1900 | 1520 | kg/d | Admitted | Admitted | |
| 8/20/2018 | 4 | pH, minimum | | 0.413 DAILY MN | 11 | 9 | SU | Admitted | Admitted | |
| 8/12/2018 | 4 | Oxygen, dissolved (DO) | | 0.2 DAILY MN | 2.7 | 5 | mg/L | Admitted | Admitted | |
| 8/6/2018 | 4 | pH, minimum | | 0.103 DAILY MN | 6.2 | 6.5 | SU | Admitted | Admitted | |
| 8/23/2018 | 9 | Oxygen, dissolved (DO) | | 0.357 DAILY MN | 4.7 | 5 | mg/L | Admitted | Admitted | |
| 8/7/2018 | 9 | pH, minimum | | 0.471 DAILY MN | 4.4 | 6.5 | SU | Admitted | Admitted | |
| 9/30/2018 | 1 | Nitrogen, ammonia total (as N) | | 4.82667 MO AVG | 90.1 | 80.6 | kg/d | Admitted | Admitted | |
| 9/30/2018 | 1 | Nitrogen, ammonia total (as N) | | 4.82667 MO AVG | 2.81 | 1.6 | mg/L | Admitted | Admitted | |
| 9/4/2018 | 1 | Nitrogen, ammonia total (as N) | | 7.5 DAILY MX | 12.4 | 3.5 | mg/L | Admitted | Admitted | |
| 9/4/2018 | 1 | Nitrogen, ammonia total (as N) | | 7.5 DAILY MX | 161 | 95.9 | kg/d | Admitted | Admitted | |
| 9/30/2018 | 1 | Phosphorus, total (as P) | | 4.82667 MO AVG | 1.3 | 1 | mg/L | Admitted | Admitted | |
| 9/18/2018 | 1 | E. coli, MTEC-MF | | 8 WK GEOMN | 285 | 284 | MPN/100mL | Admitted | Admitted | |
| 9/11/2018 | 4 | pH, minimum | | 1.3 DAILY MN | 9.5 | 9 | SU | Admitted | Admitted | |
| 9/10/2018 | 4 | pH, minimum | | 1.2 DAILY MN | 6.3 | 6.5 | SU | Admitted | Admitted | |
| 9/19/2018 | 9 | Oxygen, dissolved (DO) | | 0.47 DAILY MN | 4.3 | 5 | mg/L | Admitted | Admitted | |
| 10/2/2018 | 1 | Nitrogen, ammonia total (as N) | | 7 DAILY MX | 93 | 90.9 | kg/d | Admitted | Admitted | |
| 10/31/2018 | 1 | Nitrogen, ammonia total (as N) | | 6.45161 MO AVG | 1.9 | 1.6 | mg/L | Admitted | Admitted | |
| 10/31/2018 | 1 | Phosphorus, total (as P) | | 6.45161 MO AVG | 1.1 | 1 | mg/L | Admitted | Admitted | |
| 10/11/2018 | 4 | pH, minimum | | 6.5 DAILY MN | 3.6 | 6.5 | SU | Admitted | Admitted | |
| 10/4/2018 | 4 | pH, minimum | | 0.3 DAILY MN | 0.1 | 9 | SU | Admitted | Admitted | |
| 11/24/2018 | 1 | pH, minimum | | 3.6 DAILY MN | 9 | 9 | SU | Admitted | Admitted | |
| 1/20/2019 | 1 | pH, minimum | | 6.1 DAILY MN | 6.3 | 6.5 | SU | Admitted | Admitted | |
| 4/16/2019 | 1 | Solids, total suspended | | 3 DAILY MX | 52 | 45 | mg/L | Admitted | Admitted | |
| 5/28/2019 | 1 | Nitrogen, ammonia total (as N) | | 240 DAILY MX | 240 | 80.8 | kg/d | Admitted | Admitted | |
| 5/28/2019 | 1 | Nitrogen, ammonia total (as N) | | 7.4 DAILY MX | 9.4 | 3.5 | mg/L | Admitted | Admitted | |
| 6/6/2019 | 1 | Phosphorus, total (as P) | | 7.9 DAILY MX | 1.8 | 1.5 | mg/L | Admitted | Admitted | |
| 6/30/2019 | 1 | Phosphorus, total (as P) | | 6.47667 MO AVG | 1.1 | 1 | mg/L | Admitted | Admitted | |
| 7/31/2019 | 1 | Solids, total suspended | | 4.53333 MO AVG | 36 | 30 | mg/L | Admitted | Admitted | |
| 7/31/2019 | 1 | Solids, total suspended | | 4.53333 MO AVG | 45 | 5 | kg/d | Admitted | Admitted | |
| 7/3/2019 | 1 | Phosphorus, total (as P) | | 5.3 DAILY MX | 1.6 | 1.5 | mg/L | Admitted | Admitted | |
| 7/31/2019 | 1 | Phosphorus, total (as P) | | 4.53333 MO AVG | 1.3 | 1 | mg/L | Admitted | Admitted | |
| 7/23/2019 | 1 | E. coli, MTEC-MF | | 7.7 WK GEOMN | 1600 | 284 | MPN/100mL | Admitted | Admitted | |
| 7/23/2019 | 1 | BOD, carbonaceous_05 day_20 C | | 7.7 DAILY MX | 60 | 40 | mg/L | Admitted | Admitted | |
| 7/23/2019 | 1 | BOD, carbonaceous_05 day_20 C | | 7.7 DAILY MX | 1700 | 1520 | kg/d | Admitted | Admitted | |
| 7/23/2019 | 1 | BOD, carbonaceous_05 day_20 C | | 4.53333 MO AVG | 38 | 25 | mg/L | Admitted | Admitted | |
| 8/18/2019 | 1 | E. coli, MTEC-MF | | 6.4 WK GEOMN | 327 | 284 | MPN/100mL | Admitted | Admitted | |
| 8/2/2019 | 1 | BOD, carbonaceous_05 day_20 C | | 5.90322 MO AVG | 26 | 25 | mg/L | Admitted | Admitted | |
| 8/1/2019 | 1 | Phosphorus, total (as P) | | 6.2 DAILY MX | 41 | 40 | mg/L | Admitted | Admitted | |
| 8/31/2019 | 1 | Phosphorus, total (as P) | | 1.10667 MO AVG | 1.1 | 1 | mg/L | Admitted | Admitted | |
| 8/27/2019 | 9 | Oxygen, dissolved (DO) | | 0.308 DAILY MN | 4.1 | 5 | mg/L | Admitted | Admitted | |
| 9/3/2019 | 1 | Nitrogen, ammonia total (as N) | | 7.2 DAILY MX | 120 | 95.9 | kg/d | Admitted | Admitted | |
| 9/3/2019 | 1 | Nitrogen, ammonia total (as N) | | 7.2 DAILY MX | 5 | 3.5 | mg/L | Admitted | Admitted | |
| 9/12/2019 | 1 | Phosphorus, total (as P) | | 7.8 DAILY MX | 1.8 | 1.5 | mg/L | Admitted | Admitted | |
| 9/30/2019 | 1 | Phosphorus, total (as P) | | 6.51 MO AVG | 1.28 | 1 | mg/L | Admitted | Admitted | |
| 9/3/2019 | 4 | Oxygen, dissolved (DO) | | 0.05 DAILY MN | 3.3 | 6 | mg/L | Admitted | Admitted | |
| 9/18/2019 | 7 | pH, minimum | | 0.017 DAILY MN | 10 | 9 | SU | Admitted | Admitted | |
| 9/4/2019 | 8 | Application rate area sprayed | | 0.03 DAILY MX | 0.8 | 0.75 | in/d | Admitted | Deny in Part | CampSoil's identified a miscalculated application rate, and will amend the DMR. Correct application rate was 0.4 inches/acre. |
| 9/25/2019 | 9 | Application rate area sprayed | | 0.08 DAILY MX | 0.9 | 0.75 | in/d | Admitted | Deny in Part | CampSoil's identified a miscalculated application rate, and will amend the DMR. Correct application rate was 0.2 inches/acre. |
| 10/17/2019 | 1 | Solids, total suspended | | 4.3 DAILY MX | 56 | 45 | mg/L | Admitted | Admitted | |
| 10/10/2019 | 1 | Nitrogen, ammonia total (as N) | | 5.5 DAILY MX | 3.9 | 3.5 | mg/L | Admitted | Admitted | |
| 10/31/2019 | 1 | Nitrogen, ammonia total (as N) | | 6.29 MO AVG | 2.1 | 1.6 | mg/L | Admitted | Admitted | |
| 10/17/2019 | 1 | Phosphorus, total (as P) | | 4.3 DAILY MX | 1.9 | 1.5 | mg/L | Admitted | Admitted | |
| 10/17/2019 | 1 | Phosphorus, total (as P) | | 6.29 MO AVG | 1.3 | 1 | mg/L | Admitted | Admitted | |
| 10/31/2019 | 4 | Oxygen, dissolved (DO) | | 0.04 DAILY MN | 4.8 | 6 | mg/L | Admitted | Admitted | |
| 10/31/2019 | 7 | Phosphorus, total (as P) | | 0.4 MO AVG | 1.2 | 1 | mg/L | Admitted | Admitted | |
| 10/31/2019 | 1 | Solids, total suspended | | 0.763 MO AVG | 39.6 | 5 | kg/d | Admitted | Deny in Part | CampSoil's noted in its Answer this value was not accurate. Flow was misreported on original DMR and revised on 12/23/24. This changed the loading calculations. Actual flows were 0.094 MGD on 10/16 and 0.087 MGD on 10/24. Monthly average loading, based on corrected flow, was 3.97 kg/day. |
| 10/24/2019 | 99 | Solids, total suspended | | 0.87 DAILY MX | 40.1 | 10.51 | kg/d | Admitted | Deny in Part | CampSoil's noted in its Answer this value was not accurate. Flow was misreported on original DMR and revised on 12/23/24. This changed the loading calculations. Actual flow was 0.087 MGD on 10/24. Daily max loading, based on corrected flow, was 4.05 kg/day. |
| 10/10/2019 | 99 | Oil and grease (soxhlet extr.) rec | | 0.94 DAILY MX | 17 | 5.15 | kg/d | Admitted | Deny in Part | CampSoil's noted in its Answer this value was not accurate. Flow was misreported on original DMR and revised on 12/23/24. This changed the loading calculations. Actual flow was 0.094 MGD on 10/10. Daily max loading, based on corrected flow, was 1.67 kg/day. |
| 10/31/2019 | 99 | Oil and grease (soxhlet extr.) rec | | 0.763 MO AVG | 11 | 3.08 | kg/d | Admitted | Deny in Part | CampSoil's noted in its Answer this value was not accurate. Flow was misreported on original DMR and revised on 12/23/24. This changed the loading calculations. Actual flows were 0.094 MGD on 10/16 and 0.087 MGD on 10/24. Monthly average loading, based on corrected flow, was 1.08 kg/day. |
| 11/30/2019 | 9 | Solids, total suspended | | 0.342 MO AVG | 41 | 30 | mg/L | Admitted | Admitted | |
| 12/8/2019 | 1 | Chlorine, total residual | | 7 DAILY MX | 1.9 | 1.44 | kg/d | Admitted | Admitted | |
| 12/8/2019 | 1 | Chlorine, total residual | | 7 DAILY MX | 0.07 | 0.038 | mg/L | Admitted | Admitted | |
| 5/21/2020 | 1 | Phosphorus, total (as P) | | 3.2 DAILY MX | 4.3 | 1.5 | mg/L | Admitted | Admitted | |
| 5/31/2020 | 1 | Phosphorus, total (as P) | | 7.7 DAILY MX | 146 | 90.9 | kg/d | Admitted | Admitted | |
| 5/26/2020 | 1 | Phosphorus, total (as P) | | 7.2 DAILY MX | 3 | 1.6 | mg/L | Admitted | Admitted | |
| 5/26/2020 | 1 | Phosphorus, total (as P) | | 7.2 DAILY MX | 3.03 | 1.5 | mg/L | Admitted | Admitted | |
| 5/26/2020 | 1 | Phosphorus, total (as P) | | 7.2 DAILY MX | 1.24 | 1 | mg/L | Admitted | Admitted | |
| 5/26/2020 | 1 | Phosphorus, total (as P) | | 7.2 DAILY MX | 82.6 | 56.8 | kg/d | Admitted | Admitted | |
| 5/17/2020 | 1 | Chlorine, total residual | | 7.6 DAILY MX | 0.4 | 0.038 | mg/L | Admitted | Admitted | |
| 5/17/2020 | 1 | Chlorine, total residual | | 7.6 DAILY MX | 11 | 1.44 | kg/d | Admitted | Admitted | |
| 4/9/2020 | 1 | Solids, total suspended | | 7.5 DAILY MX | 1800 | 1703 | kg/d | Admitted | Admitted | |
| 4/9/2020 | 1 | Solids, total suspended | | 7.5 DAILY MX | 50 | 30 | mg/L | Admitted | Admitted | |
| 4/30/2020 | 1 | Phosphorus, total (as P) | | 7.6 MO AVG | 45.9 | 37.9 | kg/d | Admitted | Admitted | |
| 4/11/2020 | 1 | Phosphorus, total (as P) | | 7.4 DAILY MX | 68.5 | 56.8 | kg/d | Admitted | Admitted | |
| 4/18/2020 | 1 | Phosphorus, total (as P) | | 7.6 DAILY MX | 1.45 | 1 | mg/L | Admitted | Admitted | |
| 4/30/2020 | 1 | Phosphorus, total (as P) | | 7.6 DAILY MX | 43 | 40 | mg/L | Admitted | Admitted | |
| 6/30/2020 | 1 | BOD, carbonaceous_05 day_20 C | | 8.5 DAILY MX | 35 | 25 | mg/L | Admitted | Admitted | |
| 6/30/2020 | 1 | BOD, carbonaceous_05 day_20 C | | 8.5 DAILY MX | 2000 | 1520 | kg/d | Admitted | Admitted | |
| 6/30/2020 | 1 | BOD, carbonaceous_05 day_20 C | | 8.5 MO AVG | 1100 | 947 | kg/d | Admitted | Admitted | |
| 7/9/2020 | 1 | BOD, carbonaceous_05 day_20 C | | 7.4 WK GEOMN | 42 | 40 | mg/L | Admitted | Admitted | |
| 7/31/2020 | 1 | BOD, carbonaceous_05 day_20 C | | 7.4 WK GEOMN | 960 | 284 | MPN/100mL | Admitted | Admitted | |
| 7/31/2020 | 8 | Phosphorus, total (as P) | | 0.78733 MO AVG | 1.17 | 1 | mg/L | Admitted | Admitted | |
| 7/31/2020 | 8 | Phosphorus, total (as P) | | 0.2384 MO AVG | 1.02 | 1 | mg/L | Admitted | Admitted | |
| 4/17/2020 | 1 | Nitrogen, ammonia total (as N) | | 6.6 DAILY MX | 3.8 | 3.5 | mg/L | Admitted | Admitted | |
| 4/17/2020 | 1 | Nitrogen, ammonia total (as N) | | 6.6 DAILY MX | 203 | 80.9 | kg/d | Admitted | Admitted | |
| 4/17/2020 | 1 | Nitrogen, ammonia total (as N) | | 6.6 DAILY MX | 8.8 | 3.5 | mg/L | Admitted | Admitted | |
| 4/4/2020 | 1 | E. coli, MTEC-MF | | 5.4 WK GEOMN | 2710 | 284 | MPN/100mL | Admitted | Admitted | |
| 8/24/2020 | 7 | Application rate area sprayed | | 0.316 DAILY MX | 1.85 | 1.5 | in/d | Admitted | Deny in Part | CampSoil's identified a miscalculated application rate, and will amend the DMR. Correct application rate was 1.0 inches/acre. |
| 9/13/2020 | 1 | Phosphorus, total (as P) | | 7.1 DAILY MX | 1.85 | 1.5 | mg/L | Admitted | Admitted | |
| 9/13/2020 | 1 | Phosphorus, total (as P) | | 7.1 DAILY MX | 57 | 40 | mg/L | Admitted | Admitted | |
| 9/30/2020 | 1 | BOD, carbonaceous_05 day_20 C | | 6.36 MO AVG | 26 | 25 | mg/L | Admitted | Admitted | |
| 9/30/2020 | 1 | Phosphorus, total (as P) | | 6.36 MO AVG | 1.3 | 1 | mg/L | Admitted | Admitted | |
| 9/13/2020 | 1 | BOD, carbonaceous_05 day_20 C | | 0.1579 MO AVG | 1.01 | 1 | mg/L | Admitted | Admitted | |
| 10/8/2020 | 1 | E. coli, MTEC-MF | | 6.4 WK GEOMN | 8300 | 284 | MPN/100mL | Admitted | Admitted | |
| 10/1/2020 | 1 | BOD, carbonaceous_05 day_20 C | | 5.9 DAILY MX | 47 | 40 | mg/L | Admitted | Admitted | |
| 10/31/2020 | 1 | BOD, carbonaceous_05 day_20 C | | 6.32903 MO AVG | 27 | 25 | mg/L | Admitted | Admitted | |
| 10/7/2020 | 9 | Phosphorus, total (as P) | | 0 DAILY MX | 1.47 | 1 | mg/L | Admitted | Admitted | |
| 12/21/2020 | 9 | BOD, carbonaceous_05 day_20 C | | 0 DAILY MX | 42 | 40 | mg/L | Admitted | Admitted | |
| 12/21/2020 | 1 | Solids, total suspended | | 0.4938 MO AVG | 48 | 45 | mg/L | Admitted | Admitted | |
| 12/31/2020 | 1 | Solids, total suspended | | 0.939 MO AVG | 35 | 30 | mg/L | Admitted | Admitted | |
| 12/21/2020 | 1 | BOD, carbonaceous_05 day_20 C | | 5.1 DAILY MX | 1600 | 1520 | kg/d | Admitted | Admitted | |
| 12/21/2020 | 1 | BOD, carbonaceous_05 day_20 C | | 5.1 DAILY MX | 81 | 40 | mg/L | Admitted | Admitted | |
| 1/2/2021 | 1 | Solids, total suspended | | 6.2 DAILY MX | 46 | 30 | mg/L | Admitted | Admitted | |
| 1/2/2021 | 1 | Solids, total suspended | | 6.2 DAILY MX | 1200 | 1703 | kg/d | Admitted | Admitted | |
| 1/31/2021 | 1 | Solids, total suspended | | 6.2 DAILY MX | 71 | 30 | mg/L | Admitted | Admitted | |
| 1/31/2021 | 1 | BOD, carbonaceous_05 day_20 C | | 6.2 DAILY MX | 71 | 40 | mg/L | Admitted | Admitted | |
| 1/31/2021 | 1 | BOD, carbonaceous_05 day_20 C | | 6.2 DAILY MX | 2000 | 1520 | kg/d | Admitted | Admitted | |
| 2/28/2021 | 1 | Solids, total suspended | | 5.9 DAILY MX | 45 | 30 | mg/L | Admitted | Admitted | |
| 2/28/2021 | 1 | BOD, carbonaceous_05 day_20 C | | 132 | 40 | mg/L | | Admitted | Admitted | |
| 2/9/2021 | 1 | Solids, total suspended | | 5.9 DAILY MX | 2950 | 1703 | kg/d | Admitted | Admitted | |
| 2/28/2021 | 1 | Phosphorus, total (as P) | | 5.9 DAILY MX | 1.85 | 1.5 | mg/L | Admitted | Admitted | |
| 2/28/2021 | 1 | BOD, carbonaceous_05 day_20 C | | 5.9 DAILY MX | 135 | 1 | mg/L | Admitted | Admitted | |
| 2/28/2021 | 1 | BOD, carbonaceous_05 day_20 C | | 5.9 DAILY MX | 2240 | 947 | kg/d | Admitted | Admitted | |
| 2/28/2021 | 1 | BOD, carbonaceous_05 day_20 C | | 5.9 DAILY MX | 120 | 25 | mg/L | Admitted | Admitted | |
| 2/28/2021 | 99 | Solids, total suspended | | 6.7 DAILY MX | 3040 | 1520 | kg/d | Admitted | Admitted | |
| 2/28/2021 | 1 | Solids, total suspended | | 6.099 MO AVG | 3.065 | 1 | mg/L | Admitted | Admitted | |
| 3/11/2021 | 1 | Solids, total suspended | | 4.9 DAILY MX | 60 | 30 | mg/L | Admitted | Admitted | |
| 3/11/2021 | 1 | Solids, total suspended | | 4.9 DAILY MX | 2200 | 1703 | kg/d | Admitted | Admitted | |
| 3/31/2021 | 1 | Solids, total suspended | | 4.9 DAILY MX | 1600 | 1140 | kg/d | Admitted | Admitted | |
| 3/31/2021 | 1 | Phosphorus, total (as P) | | 4.9 MO AVG | 1.1 | 1 | mg/L | Admitted | Admitted | |
| 3/11/2021 | 1 | BOD, carbonaceous_05 day_20 C | | 4.9 DAILY MX | 80 | 40 | mg/L | Admitted | Admitted | |
| 3/11/2021 | 1 | BOD, carbonaceous_05 day_20 C | | 4.9 DAILY MX | 2600 | 1520 | kg/d | Admitted | Admitted | |
| 3/31/2021 | 1 | BOD, carbonaceous_05 day_20 C | | 4.9 MO AVG | 1300 | 947 | kg/d | Admitted | Admitted | |
| 3/31/2021 | 1 | BOD, carbonaceous_05 day_20 C | | 4.9 MO AVG | 30 | 25 | mg/L | Admitted | Admitted | |
| 4/30/2021 | 1 | Solids, total suspended | | 6.6 DAILY MX | 52 | 30 | mg/L | Admitted | Admitted | |
| 4/30/2021 | 1 | Solids, total suspended | | 27 | 25 | mg/L | | Admitted | Admitted | |
| 4/5/2021 | 1 | Solids, total suspended | | 7.9 DAILY MX | 47 | 45 | mg/L | Admitted | Admitted | |
| 4/30/2021 | 1 | Phosphorus, total (as P) | | 6.2 MO AVG | 32 | 30 | mg/L | Admitted | Admitted | |
| 4/30/2021 | 1 | Solids, total suspended | | 3200 | 1703 | kg/d | | Admitted | Admitted | |
| 5/31/2021 | 1 | BOD, carbonaceous_05 day_20 C | | 4.2 MO GEOMN | 27 | 25 | mg/L | Admitted | Admitted | |
| 5/21/2021 | 1 | E. coli, MTEC-MF | | 4.2 WK GEOMN | 1800 | 284 | MPN/100mL | Admitted | Admitted | |
| 5/21/2021 | 1 | E. coli, MTEC-MF | | 4.2 WK GEOMN | 1400 | 284 | MPN/100mL | Admitted | Admitted | |
| 5/27/2021 | 1 | Phosphorus, total (as P) | | 7.5 DAILY MX | 52 | 40 | mg/L | Admitted | Admitted | |
| 5/27/2021 | 1 | BOD, carbonaceous_05 day_20 C | | 8.7 DAILY MX | 1700 | 1520 | kg/d | Admitted | Admitted | |
| 5/27/2021 | 1 | BOD, carbonaceous_05 day_20 C | | 8.7 DAILY MX | 54 | 40 | mg/L | Admitted | Admitted | |
| 5/31/2021 | 1 | BOD, carbonaceous_05 day_20 C | | 8.7 MO AVG | 3410 | 1520 | kg/d | Admitted | Admitted | |
| 5/31/2021 | 1 | Solids, total suspended | | 8.8 MO AVG | 460.1 | 30 | mg/L | Admitted | Admitted | |
| 6/30/2021 | 1 | Phosphorus, total (as P) | | 7.45 MO AVG | 1.32 | 1.5 | mg/L | Admitted | Admitted | |
| 6/15/2021 | 1 | Phosphorus, total (as P) | | 7.8 DAILY MX | 1.5 | 1.5 | mg/L | Admitted | Admitted | |

| Date | Code | Parameter | Value | Type | Limit | Units | Status 1 | Status 2 | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 10/7/2022 | 9 | pH, minimum | 6.271 | DAILY MX | 10 | 9 | SU | Admitted | Admitted | |
| 10/22/2022 | 9 | pH, minimum | 9.14 | DAILY MX | 6.1 | 6.5 | SU | Admitted | Admitted | |
| 10/31/2022 | 99 | Solids, total suspended | 0.127 | MO AVG | 22 | 5 | kg/d | Admitted | Admitted | |
| 10/29/2022 | 99 | Solids, total suspended | 0.145 | DAILY MX | 28 | 10.51 | kg/d | Admitted | Admitted | |
| 11/1/2022 | 1 | Oxygen, dissolved (DO) | 4.103 | DAILY MX | 1.2 | 6 | mg/L | Admitted | Admitted | |
| 11/4/2022 | 1 | Solids, total suspended | 8.236 | DAILY MX | 54 | 45 | mg/L | Admitted | Admitted | |
| 11/18/2022 | 1 | Solids, total suspended | 6.281 | MO AVG | 31 | 30 | mg/L | Admitted | Admitted | |
| 11/24/2022 | 2 | pH, minimum | 1.098 | DAILY MX | 6.3 | 6.5 | SU | Admitted | Admitted | |
| 11/2/2022 | 1 | BOD, carbonaceous, 05 day, 20 C | 8.271 | DAILY MX | 2000 | 1535 | kg/d | Admitted | Admitted | |
| 11/30/2022 | 1 | BOD, carbonaceous, 05 day, 20 C | 6.281 | MO AVG | 39 | 25 | mg/L | Admitted | Admitted | |
| 11/2/2022 | 1 | BOD, carbonaceous, 05 day, 20 C | 64 | | 40 | mg/L | Admitted | Admitted | |
| 11/30/2022 | 1 | BOD, carbonaceous, 05 day, 20 C | 6.281 | MO AVG | 1100 | 947 | kg/d | Admitted | Admitted | |
| 11/30/2022 | 2 | pH, minimum | 0.158 | DAILY MX | 9.5 | 9 | SU | Admitted | Admitted | |
| | | | | | | | | | | Concentration was misreported on original DMR and revised on 8/30/24. In November 2022, Ohio EPA updated the removal efficiencies in Campbell's NPDES permit. This changed the loading calculations. Actual concentrations were 5.55 mg/L on 11/5 and 8.75 mg/L on 11/17. Monthly average loading, based on corrected concentrations, was 2.32 kg/day. |
| 11/30/2022 | 99 | Solids, total suspended | 0.129 | MO AVG | 5.9 | 5 | kg/d | Admitted | Deny in Part | |
| 12/27/2022 | 1 | Solids, total suspended | 6.027 | DAILY MX | 2810 | 1710 | kg/d | Admitted | Admitted | |
| 12/31/2022 | 1 | Solids, total suspended | 6.026 | MO AVG | 1460 | 1340 | kg/d | Admitted | Admitted | |
| 12/27/2022 | 1 | Solids, total suspended | 4.027 | DAILY MX | 53.8 | 45 | mg/L | Admitted | Admitted | |
| 12/27/2022 | 1 | Solids, total suspended | 6.027 | DAILY MX | 131 | 45 | mg/L | Admitted | Admitted | |
| 12/27/2022 | 1 | Phosphorus, total (as P) | 6.027 | DAILY MX | 3.4 | 1.5 | mg/L | Admitted | Admitted | |
| 12/31/2022 | 1 | BOD, carbonaceous, 05 day, 20 C | 6.026 | MO AVG | 1500 | 947 | kg/d | Admitted | Admitted | |
| 12/31/2022 | 1 | BOD, carbonaceous, 05 day, 20 C | 6.026 | MO AVG | 50 | 25 | mg/L | Admitted | Admitted | |
| 12/31/2022 | 1 | BOD, carbonaceous, 05 day, 20 C | 7.949 | DAILY MX | 104 | 40 | mg/L | Admitted | Admitted | |
| 12/1/2022 | 1 | BOD, carbonaceous, 05 day, 20 C | 7.949 | DAILY MX | 77 | 40 | mg/L | Admitted | Admitted | |
| 12/24/2022 | 2 | pH, minimum | 6.012 | DAILY MX | 9.3 | 9 | SU | Admitted | Admitted | |
| | | | | | | | | | | Campbell's noted in its Answer this value was not accurate. Concentration was misreported on original DMR and revised on 8/30/24. In November 2022, Ohio EPA updated the removal efficiencies in Campbell's NPDES permit. This changed the loading calculations. Actual concentration was 12.5 mg/L on 12/1. Daily max loading, based on corrected concentrations, was 5.89 kg/day. |
| 12/1/2022 | 99 | Solids, total suspended | 0.116 | DAILY MX | 14.3 | 10.51 | kg/d | Admitted | Deny in Part | |
| | | | | | | | | | | Campbell's noted in its Answer this value was not accurate. Concentration was misreported on original DMR and revised on 8/30/24. In November 2022, Ohio EPA updated the removal efficiencies in Campbell's NPDES permit. This changed the loading calculations. Actual concentration was 12.5 mg/L on 12/1. Monthly average loading, based on corrected concentrations, was 4.37 kg/day. |
| 12/31/2022 | 99 | Solids, total suspended | 0.161 | MO AVG | 11.8 | 5 | kg/d | Admitted | Deny in Part | |
| | | | | | | | | | | Campbell's noted in its Answer this value was not accurate. Concentration was misreported on original DMR and revised on 8/30/24. In November 2022, Ohio EPA updated the removal efficiencies in Campbell's NPDES permit. This changed the loading calculations. Actual concentrations were 4.35 mg/L on 12/20. Monthly average loading, based on corrected concentrations, was 4.52 kg/day. |
| 12/31/2022 | 99 | Oil and grease, hexane extr method | 0.161 | MO AVG | 4.96 | 3.08 | kg/d | Admitted | Deny in Part | |
| | | | | | | | | | | Campbell's noted in its Answer this value was not accurate. Concentration was misreported on original DMR and revised on 8/30/24. In November 2022, Ohio EPA updated the removal efficiencies in Campbell's NPDES permit. This changed the loading calculations. Actual concentrations were 6 mg/L on 12/1 and 7.7 mg/L on 12/20. Monthly average loading, based on corrected concentrations, was 2.96 kg/day. |
| 12/26/2022 | 99 | Oil and grease, hexane extr method | 0.117 | DAILY MX | 5.34 | 5.13 | kg/d | Admitted | Deny in Part | |
| 1/31/2023 | 1 | Solids, total suspended | 7.486 | MO AVG | 30.1 | 30 | mg/L | Admitted | Admitted | |
| 1/31/2023 | 1 | Solids, total suspended | 7.486 | MO AVG | 1388 | 947 | kg/d | Admitted | Admitted | |
| 1/28/2023 | 1 | BOD, carbonaceous, 05 day, 20 C | 9.167 | DAILY MX | 116.3 | 40 | mg/L | Admitted | Admitted | |
| 1/28/2023 | 1 | BOD, carbonaceous, 05 day, 20 C | 9.167 | DAILY MX | 3826 | 1535 | kg/d | Admitted | Admitted | |
| 1/3/2023 | 1 | BOD, carbonaceous, 05 day, 20 C | 7.486 | MO AVG | 57 | 25 | mg/L | Admitted | Admitted | |
| 1/4/2023 | 2 | pH, minimum | 6.291 | DAILY MX | 9.8 | 9 | SU | Admitted | Admitted | |
| | | | | | | | | | | Campbell's noted in its Answer this value was not accurate. Concentration was misreported on original DMR and revised on 8/30/24. In November 2022, Ohio EPA updated the removal efficiencies in Campbell's NPDES permit. This changed the loading calculations. Actual concentration was 11.4 mg/L on 1/19. Daily max loading, based on corrected concentrations, was 11.42 kg/day. |
| 1/18/2023 | 99 | Solids, total suspended | 0.096 | DAILY MX | 29.66 | 10.51 | kg/d | Admitted | Deny in Part | |
| | | | | | | | | | | Campbell's noted in its Answer this value was not accurate. Concentration was misreported on original DMR and revised on 8/30/24. In November 2022, Ohio EPA updated the removal efficiencies in Campbell's NPDES permit. This changed the loading calculations. Actual concentrations were 11.4 mg/L on 1/19. Daily max loading, based on corrected concentrations, was 11.42 kg/day. |
| 1/31/2023 | 99 | Solids, total suspended | 0.0953 | MO AVG | 20.81 | 5 | kg/d | Admitted | Deny in Part | |
| | | | | | | | | | | Campbell's noted in its Answer this value was not accurate. Concentration was misreported on original DMR and revised on 8/30/24. In November 2022, Ohio EPA updated the removal efficiencies in Campbell's NPDES permit. This changed the loading calculations. Actual concentrations were 12.2 mg/L on 1/5 and 11.4 mg/L on 1/19. Monthly average loading, based on corrected concentrations, was 4.02 kg/day. |
| 1/31/2023 | 99 | Oil and grease, hexane extr method | 0.0953 | MO AVG | 13 | 3.08 | kg/d | Admitted | Deny in Part | |
| | | | | | | | | | | Campbell's noted in its Answer this value was not accurate. Concentration was misreported on original DMR and revised on 8/30/24. In November 2022, Ohio EPA updated the removal efficiencies in Campbell's NPDES permit. This changed the loading calculations. Actual concentrations were 5 mg/L on 1/5 and 26 mg/L on 1/19. Monthly average loading, based on corrected concentrations, was 7.82 kg/day. |
| 1/18/2023 | 99 | Oil and grease, hexane extr method | 0.096 | DAILY MX | 16.5 | 5.13 | kg/d | Admitted | Deny in Part | |
| 2/1/2023 | 1 | Oxygen, dissolved (DO) | 8.757 | DAILY MX | 3.7 | 6 | mg/L | Admitted | Admitted | |
| 2/28/2023 | 1 | Solids, total suspended | 7.703 | MO AVG | 1100 | 1340 | kg/d | Admitted | Admitted | |
| 2/28/2023 | 1 | Solids, total suspended | 7.703 | MO AVG | 38 | 30 | mg/L | Admitted | Admitted | |
| 2/1/2023 | 1 | Solids, total suspended | 8.268 | DAILY MX | 45 | 45 | mg/L | Admitted | Admitted | |
| 2/28/2023 | 1 | BOD, carbonaceous, 05 day, 20 C | 7.703 | MO AVG | 1100 | 947 | kg/d | Admitted | Admitted | |
| 2/1/2023 | 1 | BOD, carbonaceous, 05 day, 20 C | 7.614 | DAILY MX | 60 | 40 | mg/L | Admitted | Admitted | |
| 2/3/2023 | 1 | BOD, carbonaceous, 05 day, 20 C | 8.268 | DAILY MX | 1808 | 1535 | kg/d | Admitted | Admitted | |
| 2/28/2023 | 1 | BOD, carbonaceous, 05 day, 20 C | 7.703 | MO AVG | 39 | 25 | mg/L | Admitted | Admitted | |
| 2/14/2023 | 2 | pH, minimum | 0.495 | DAILY MX | 10.4 | 9 | SU | Admitted | Admitted | |
| | | | | | | | | | | Campbell's noted in its Answer this value was not accurate. Concentration was misreported on original DMR and revised on 8/30/24. In November 2022, Ohio EPA updated the removal efficiencies in Campbell's NPDES permit. This changed the loading calculations. Actual concentrations were 7.2 mg/L on 2/2 and 4.6 mg/L on 2/21. Monthly average loading, based on corrected concentrations, was 2.75 kg/day. |
| 2/28/2023 | 99 | Solids, total suspended | 0.0943 | MO AVG | 7.1 | 5 | kg/d | Admitted | Deny in Part | |
| 5/31/2023 | 1 | Solids, total suspended | 6.942 | MO AVG | 36 | 30 | mg/L | Admitted | Admitted | |
| 5/2/2023 | 1 | Solids, total suspended | 8.755 | DAILY MX | 94 | 45 | mg/L | Admitted | Admitted | |
| 5/2/2023 | 1 | Solids, total suspended | 8.755 | DAILY MX | 80 | 45 | mg/L | Admitted | Admitted | |
| 5/31/2023 | 1 | BOD, carbonaceous, 05 day, 20 C | 6.942 | MO AVG | 31 | 25 | mg/L | Admitted | Admitted | |
| 5/2/2023 | 1 | BOD, carbonaceous, 05 day, 20 C | 8.755 | DAILY MX | 58 | 40 | mg/L | Admitted | Admitted | |
| 5/2/2023 | 1 | BOD, carbonaceous, 05 day, 20 C | 6.942 | MO AVG | 980 | 947 | kg/d | Admitted | Admitted | |
| 5/2/2023 | 1 | BOD, carbonaceous, 05 day, 20 C | 8.755 | DAILY MX | 2400 | 1535 | kg/d | Admitted | Admitted | |
| 4/1/2023 | 1 | Oxygen, dissolved (DO) | 3.766 | DAILY MX | 3.7 | 6 | mg/L | Admitted | Admitted | |
| 4/27/2023 | 1 | Solids, total suspended | 7.939 | DAILY MX | 80 | 45 | mg/L | Admitted | Admitted | |
| 4/30/2023 | 1 | Solids, total suspended | 7.092 | MO AVG | 38 | 30 | mg/L | Admitted | Admitted | |
| 4/27/2023 | 1 | Solids, total suspended | 7.939 | DAILY MX | 2400 | 1710 | kg/d | Admitted | Admitted | |
| 4/27/2023 | 1 | Phosphorus, total (as P) | 7.939 | DAILY MX | 1.66 | 1.5 | mg/L | Admitted | Admitted | |
| 4/1/2023 | 1 | Phosphorus, total (as P) | 7.092 | MO AVG | 1.08 | 1 | mg/L | Admitted | Admitted | |
| 4/27/2023 | 1 | BOD, carbonaceous, 05 day, 20 C | 7.939 | DAILY MX | 2600 | 1535 | kg/d | Admitted | Admitted | |
| 4/30/2023 | 1 | BOD, carbonaceous, 05 day, 20 C | 7.092 | MO AVG | 39 | 25 | mg/L | Admitted | Admitted | |
| 4/27/2023 | 1 | BOD, carbonaceous, 05 day, 20 C | 7.939 | DAILY MX | 88 | 40 | mg/L | Admitted | Admitted | |
| 4/30/2023 | 1 | BOD, carbonaceous, 05 day, 20 C | 7.092 | MO AVG | 1100 | 947 | kg/d | Admitted | Admitted | |
| 4/30/2023 | 99 | Solids, total suspended | 0.108 | MO AVG | 7.05 | 5 | kg/d | Admitted | Deny in Part | |
| | | | | | | | | | | Campbell's noted in its Answer this value was not accurate. Concentration was misreported on original DMR and revised on 8/30/24. In November 2022, Ohio EPA updated the removal efficiencies in Campbell's NPDES permit. This changed the loading calculations. Actual concentrations were 2.75 mg/L on 4/4 and 1.3 mg/L on 4/20. Monthly average loading, based on corrected concentrations, was 0.92 kg/day. |
| 4/28/2023 | 99 | Solids, total suspended | 0.11 | DAILY MX | 10.8 | 10.51 | kg/d | Admitted | Deny in Part | |
| 5/1/2023 | 1 | Oxygen, dissolved (DO) | 7.423 | DAILY MX | 4.2 | 5 | mg/L | Admitted | Admitted | |
| 5/31/2023 | 1 | Solids, total suspended | 5.883 | MO AVG | 34 | 30 | mg/L | Admitted | Admitted | |
| 5/4/2023 | 1 | Solids, total suspended | 7.976 | DAILY MX | 54 | 45 | mg/L | Admitted | Admitted | |
| 5/31/2023 | 1 | Phosphorus, total (as P) | 5.883 | MO AVG | 1.11 | 1 | mg/L | Admitted | Admitted | |
| 5/1/2023 | 1 | Phosphorus, total (as P) | 7.976 | DAILY MX | 1.61 | 1.5 | mg/L | Admitted | Admitted | |
| 5/1/2023 | 1 | E. coli, MTEC-MF | 8.119 | WK GEOMN | 1731 | 284 | MPN/100mL | Admitted | Admitted | |
| 5/31/2023 | 1 | BOD, carbonaceous, 05 day, 20 C | 5.883 | MO AVG | 26 | 25 | mg/L | Admitted | Admitted | |
| 5/4/2023 | 1 | BOD, carbonaceous, 05 day, 20 C | 8.127 | DAILY MX | 44 | 40 | mg/L | Admitted | Admitted | |
| 5/19/2023 | 2 | pH, minimum | 0.34 | DAILY MX | 9.3 | 9 | SU | Admitted | Admitted | |
| 6/23/2023 | 1 | Phosphorus, total (as P) | 4.623 | DAILY MX | 1.77 | 1.5 | mg/L | Admitted | Admitted | |
| 6/30/2023 | 1 | Phosphorus, total (as P) | 4.444 | MO AVG | 1.19 | 1 | mg/L | Admitted | Admitted | |
| | | | | | | | | | | Concentration was misreported on original DMR and revised on 8/30/24. In November 2022, Ohio EPA updated the removal efficiencies in Campbell's NPDES permit. This changed the loading calculations. Actual concentrations were 5.72 mg/L on 6/6 and 10.38 mg/L on 6/22. Monthly average loading, based on corrected concentrations, was 2.87 kg/day. |
| 6/30/2023 | 99 | Oil and grease, hexane extr method | 0.143 | MO AVG | 13.08 | 3.08 | kg/d | Admitted | Admitted | |
| | | | | | | | | | | Concentration was misreported on original DMR and revised on 8/30/24. In November 2022, Ohio EPA updated the removal efficiencies in Campbell's NPDES permit. This changed the loading calculations. Actual concentrations were 10.38 mg/L on 6/22. Daily max loading, based on corrected concentrations, was 2.67 kg/day. |
| 6/22/2023 | 99 | Oil and grease, hexane extr method | 0.141 | DAILY MX | 8.21 | 5.13 | kg/d | Admitted | Deny in Part | |
| 7/11/2023 | 1 | Nitrogen, ammonia total (as N) | 3.7 | DAILY MX | 110 | 90.9 | mg/L | Admitted | Admitted | |
| 7/31/2023 | 1 | Nitrogen, ammonia total (as N) | 3.753 | MO AVG | 2 | 1.64 | mg/L | Admitted | Admitted | |
| 7/11/2023 | 1 | Nitrogen, ammonia total (as N) | 3.7 | DAILY MX | 8.1 | 3.5 | mg/L | Admitted | Admitted | |
| 7/31/2023 | 1 | Phosphorus, total (as P) | 3.753 | MO AVG | 1.01 | 1 | mg/L | Admitted | Admitted | |
| 7/11/2023 | 1 | Phosphorus, total (as P) | 3.7 | DAILY MX | 3.03 | 1.5 | mg/L | Admitted | Admitted | |
| 7/18/2023 | 1 | BOD, carbonaceous, 05 day, 20 C | 2.842 | DAILY MX | 85 | 40 | mg/L | Admitted | Admitted | |
| 7/29/2023 | 1 | BOD, carbonaceous, 05 day, 20 C | 3.969 | DAILY MX | 42 | 40 | mg/L | Admitted | Admitted | |
| 7/11/2023 | 1 | pH, minimum | 0.431 | DAILY MX | 6.12 | 6.5 | SU | Admitted | Admitted | |
| 7/22/2023 | 1 | Application rate area sprayed | 0 | DAILY MX | 1.82 | 1.5 | in/d | Admitted | Admitted | |
| 7/11/2023 | 2 | pH, minimum | 0.271 | DAILY MX | 6.03 | 6.5 | SU | Admitted | Admitted | |
| 7/18/2023 | 9 | pH, minimum | 0.446 | DAILY MX | 6.65 | 6.5 | SU | Admitted | Admitted | |
| 8/24/2023 | 1 | Oxygen, dissolved (DO) | 4.912 | DAILY MX | 1.8 | 5 | mg/L | Admitted | Admitted | |
| 8/31/2023 | 1 | Solids, total suspended | 4.979 | MO AVG | 1.01 | 1 | mg/L | Admitted | Admitted | |
| 8/24/2023 | 1 | Phosphorus, total (as P) | 4.912 | DAILY MX | 1.76 | 1.5 | mg/L | Admitted | Admitted | |
| 8/31/2023 | 1 | E. coli, MTEC-MF | 6.979 | WK GEOMN | 1634 | 284 | MPN/100mL | Admitted | Admitted | |
| 8/31/2023 | 1 | BOD, carbonaceous, 05 day, 20 C | 4.979 | MO AVG | 38.9 | 25 | mg/L | Admitted | Admitted | |
| 8/1/2023 | 1 | BOD, carbonaceous, 05 day, 20 C | 6.23 | DAILY MX | 110 | 40 | mg/L | Admitted | Admitted | |
| 8/31/2023 | 1 | BOD, carbonaceous, 05 day, 20 C | 4.23 | DAILY MX | 2500 | 1535 | kg/d | Admitted | Admitted | |
| 8/9/2023 | 4 | pH, minimum | 0.796 | DAILY MX | 1.47 | 9 | SU | Admitted | Admitted | |
| 8/1/2023 | 1 | Oxygen, dissolved (DO) | 0.826 | DAILY MX | 4.6 | 5 | mg/L | Admitted | Admitted | |
| 8/24/2023 | 7 | Application rate area sprayed | 0.319 | DAILY MX | 2.18 | 1.5 | in/d | Admitted | Admitted | |
| 8/31/2023 | 8 | Application rate area sprayed | 0.319 | DAILY MX | 6.3 | 6.5 | in/d | Admitted | Admitted | |
| 8/31/2023 | 9 | Oxygen, dissolved (DO) | 0.195 | DAILY MX | 4.7 | 5 | mg/L | Admitted | Admitted | |
| 8/24/2023 | 9 | pH, minimum | 0.478 | DAILY MX | 6.5 | 6.5 | SU | Admitted | Admitted | |
| 9/5/2023 | 1 | Nitrogen, ammonia total (as N) | 5.465 | DAILY MX | 120 | 90.9 | kg/d | Admitted | Admitted | |
| 9/7/2023 | 1 | Nitrogen, ammonia total (as N) | 7.517 | DAILY MX | 5.7 | 3.5 | mg/L | Admitted | Admitted | |
| 9/7/2023 | 1 | Phosphorus, total (as P) | 7.517 | DAILY MX | 1.54 | 1.5 | mg/L | Admitted | Admitted | |
| 9/30/2023 | 1 | Phosphorus, total (as P) | 4.497 | MO AVG | 1.21 | 1 | mg/L | Admitted | Admitted | |
| 9/30/2023 | 1 | E. coli, MTEC-MF | 6.701 | WK GEOMN | 375 | 284 | MPN/100mL | Admitted | Admitted | |
| 9/8/2023 | 1 | pH, minimum | 5.368 | DAILY MX | 6.13 | 6.5 | SU | Admitted | Admitted | |
| 9/21/2023 | 1 | Phosphorus, total (as P) | 0.348 | DAILY MX | 6.1 | 6.5 | SU | Admitted | Admitted | |
| 9/21/2023 | 4 | pH, minimum | 0.498 | DAILY MX | 3.82 | 2.5 | in/d | Admitted | Admitted | |
| 9/30/2023 | 6 | pH, minimum | 0.113 | DAILY MX | 0.12 | 6.5 | in/d | Admitted | Admitted | |
| 9/14/2023 | 7 | pH, minimum | 0.325 | DAILY MX | 6.4 | 6.5 | SU | Admitted | Admitted | |
| 9/5/2023 | 9 | pH, minimum | 0.103 | DAILY MX | 5.7 | 6.5 | SU | Admitted | Admitted | |
| 10/7/2023 | 1 | Nitrogen, ammonia total (as N) | 6.094 | DAILY MX | 4.1 | 3.5 | mg/L | Admitted | Admitted | |
| 10/1/2023 | 1 | Phosphorus, total (as P) | 4.197 | DAILY MX | 1.78 | 1.5 | mg/L | Admitted | Admitted | |
| 10/1/2023 | 1 | Phosphorus, total (as P) | 4.46 | MO AVG | 1.27 | 1 | mg/L | Admitted | Admitted | |
| 10/4/2023 | 1 | E. coli, MTEC-MF | 6.056 | WK GEOMN | 2630 | 284 | MPN/100mL | Admitted | Admitted | |
| 10/4/2023 | 1 | Phosphorus, total (as P) | 2.79 | DAILY MX | | | | Admitted | Admitted | |
| | | | | | | | | | | Campbell's identified a typographical error on the DMR, and will amend the DMR. Correct application rate was 1.0 inches/acre. |
| 10/17/2023 | 4 | Application rate area sprayed | 6.477 | DAILY MX | 6 | 1.5 | in/d | Admitted | Deny in Part | |
| 10/24/2023 | 4 | pH, minimum | 0.661 | DAILY MX | 6.4 | 6.5 | SU | Admitted | Admitted | |
| 10/10/2023 | 7 | Application rate area sprayed | 0.345 | DAILY MX | 2.55 | 1.5 | in/d | Admitted | Admitted | |
| 10/29/2023 | 7 | pH, minimum | 0.656 | DAILY MX | 5.4 | 6.5 | SU | Admitted | Admitted | |

| Date | Code | Parameter | Statistic | Value | Limit | Units | Status | Status | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 10/20/2023 | 1 | pH, minimum | 6.55 DAILY MN | 5.8 | 6.5 | SU | Admitted | Admitted | |
| 10/4/2023 | 6 | Oxygen, dissolved (DO) | 0.167 DAILY MN | 4 | 5 | mg/L | Admitted | Admitted | |
| 10/5/2023 | 8 | Phosphorus, total (as P) | 0.723 DAILY MN | 3.8 | 3.42 | mg/L | Admitted | Admitted | |
| 10/7/2023 | 8 | pH, minimum | 0.337 DAILY MN | 5.8 | 6.5 | SU | Admitted | Admitted | |
| 11/7/2023 | 1 | Solids, total suspended | 4.411 DAILY MN | 37 | 45 | mg/L | Admitted | Admitted | |
| 11/24/2023 | 1 | pH, minimum | 2.51 DAILY MN | 6.3 | 6.5 | SU | Admitted | Admitted | |
| 12/8/2023 | 1 | Oxygen, dissolved (DO) | 6.822 DAILY MN | 2.9 | 5 | mg/L | Admitted | Admitted | |
| 12/31/2023 | 99 | Solids, total suspended | 0.12 MO AVG | 12.17 | 5 | kg/d | Admitted | Deny in Part | Concentration was misreported on original DMR and revised on 5/1/24. In November 2022, Ohio EPA updated the renewal effluent limitations in Campbell's NPDES permit. This changed the loading calculations. Actual concentrations were 5.1 mg/L on 12/14 and 14.1 mg/L on 12/27. Monthly average loading, based on corrected concentrations, was 4.66 kg/day. |
| 12/27/2023 | 99 | Solids, total suspended | 0.12 DAILY MX | 16.77 | 10.51 | kg/d | Admitted | Deny in Part | Concentration was misreported on original DMR and revised on 5/1/24. In November 2022, Ohio EPA updated the renewal effluent limitations in Campbell's NPDES permit. This changed the loading calculations. Actual concentrations were 14.1 mg/L on 12/27. Daily max loading, based on corrected concentrations, was 9.49 kg/day. |
| 1/5/2024 | 1 | pH, minimum | 7.032 DAILY MN | 6.1 | 6.5 | SU | Admitted | Admitted | |
| 1/22/2024 | 1 | pH, minimum | 5.936 DAILY MN | 6.4 | 6.5 | SU | Admitted | Admitted | |
| 1/24/2024 | 1 | pH, minimum | 7.456 DAILY MN | 6.4 | 6.5 | SU | Admitted | Admitted | |
| 1/29/2024 | 1 | pH, minimum | 6.812 DAILY MN | 6.2 | 6.5 | SU | Admitted | Admitted | |
| 1/31/2024 | 1 | pH, minimum | 5.894 DAILY MX | 9.1 | 9 | SU | Admitted | Deny in Part | Plaintiff incorrectly notes date of exceedance. A pH of 9.1 was reported on 1/13/2024. |
| 1/13/2024 | 1 | Solids, total suspended | 7.95 DAILY MX | 48 | 45 | mg/L | Admitted | Deny in Part | Plaintiff incorrectly notes date of exceedance. A TSS of 48 mg/L was reported on 1/31/24. |
| 1/4/2024 | 1 | BOD, carbonaceous, 05 day, 20 C | 6.061 DAILY MX | 53 | 40 | mg/L | Admitted | Admitted | |
| 1/18/2024 | 1 | BOD, carbonaceous, 05 day, 20 C | 7.797 DAILY MX | 41 | 40 | mg/L | Admitted | Admitted | |
| 1/25/2024 | 1 | BOD, carbonaceous, 05 day, 20 C | 7.134 DAILY MX | 53 | 40 | mg/L | Admitted | Admitted | |
| 1/31/2024 | 1 | BOD, carbonaceous, 05 day, 20 C | 6.186 MO AVG | 32.6 | 25 | mg/L | Admitted | Admitted | |
| 1/30/2024 | 2 | pH, minimum | 0.259 DAILY MX | 9.1 | 9 | SU | Admitted | Deny in Part | Plaintiff incorrectly notes this is a pH minimum exceedance. This is a maximum pH exceedance. |
| 1/31/2024 | 99 | Solids, total suspended | 0.19 MO AVG | 6.86 | 5 | kg/d | Admitted | Deny in Part | Concentration was misreported on original DMR and revised on 5/1/24. In November 2022, Ohio EPA updated the renewal effluent limitations in Campbell's NPDES permit. This changed the loading calculations. Actual concentrations were 6.1 mg/L on 1/8 and 6.9 mg/L on 1/18. Monthly average loading, based on corrected concentrations, was 2.64 kg/day. |
| 2/29/2024 | 1 | BOD, carbonaceous, 05 day, 20 C | 5.742 MO AVG | 35 | 25 | mg/L | Admitted | Admitted | |
| 2/6/2024 | 1 | BOD, carbonaceous, 05 day, 20 C | 6.642 DAILY MX | 86 | 40 | mg/L | Admitted | Admitted | |
| 3/14/2024 | 1 | Oxygen, dissolved (DO) | 8.414 DAILY MN | 4.2 | 5 | mg/L | Admitted | Admitted | |
| 3/13/2024 | 1 | BOD, carbonaceous, 05 day, 20 C | 6.482 DAILY MX | 89 | 40 | mg/L | Admitted | Admitted | |
| 3/15/2024 | 1 | BOD, carbonaceous, 05 day, 20 C | 6.482 DAILY MX | 2050 | 1520 | kg/d | Admitted | Admitted | |
| 4/25/2024 | 1 | BOD, carbonaceous, 05 day, 20 C | 7.949 DAILY MX | 2460 | 1520 | kg/d | Admitted | Admitted | |
| 4/25/2024 | 1 | BOD, carbonaceous, 05 day, 20 C | 7.949 DAILY MX | 70 | 40 | mg/L | Admitted | Admitted | |
| 4/15/2024 | 2 | pH, minimum | 6.44 DAILY MX | 9.1 | 9 | SU | Admitted | Admitted | |
| 5/31/2024 | 2 | pH, minimum | 5.457 DAILY MX | 8.5 | 9 | SU | Admitted | Admitted | |
| 5/25/2024 | 1 | Oxygen, dissolved (DO) | 0.475 DAILY MN | 2.3 | 5 | mg/L | Admitted | Admitted | |
| 5/6/2024 | 1 | Nitrogen, ammonia total (as N) | 4.61 DAILY MX | 8.21 | 3.5 | mg/L | Admitted | Admitted | |
| 5/7/2024 | 1 | Nitrogen, ammonia total (as N) | 6.779 DAILY MX | 4.1 | 3.5 | mg/L | Admitted | Admitted | |
| 5/13/2024 | 1 | Nitrogen, ammonia total (as N) | 5.399 DAILY MX | 4.38 | 3.5 | mg/L | Admitted | Admitted | |
| 5/28/2024 | 1 | Nitrogen, ammonia total (as N) | 6.965 DAILY MX | 4.31 | 3.5 | mg/L | Admitted | Admitted | |
| 5/29/2024 | 1 | Nitrogen, ammonia total (as N) | 5.131 DAILY MX | 11.8 | 3.5 | mg/L | Admitted | Admitted | |
| 5/6/2024 | 1 | Nitrogen, ammonia total (as N) | 4.61 DAILY MX | 103.1 | 90.9 | kg/d | Admitted | Admitted | |
| 5/7/2024 | 1 | Nitrogen, ammonia total (as N) | 6.779 DAILY MX | 105.3 | 90.9 | kg/d | Admitted | Admitted | |
| 5/13/2024 | 1 | Nitrogen, ammonia total (as N) | 5.399 DAILY MX | 328.2 | 90.9 | kg/d | Admitted | Admitted | |
| 5/28/2024 | 1 | Nitrogen, ammonia total (as N) | 6.965 DAILY MX | 111.1 | 90.9 | kg/d | Admitted | Admitted | |
| 5/29/2024 | 1 | Nitrogen, ammonia total (as N) | 5.131 DAILY MX | 228.3 | 90.9 | kg/d | Admitted | Admitted | |
| 5/31/2024 | 1 | Nitrogen, ammonia total (as N) | 5.087 MO AVG | 3.12 | 1.6 | mg/L | Admitted | Admitted | |
| 5/31/2024 | 1 | Nitrogen, ammonia total (as N) | 5.087 MO AVG | 73.677 | 60.6 | kg/d | Admitted | Admitted | |
| 6/15/2024 | 1 | Oxygen, dissolved (DO) | 0.154 DAILY MN | 0.9 | 5 | mg/L | Admitted | Admitted | |
| 6/9/2024 | 1 | Oxygen, dissolved (DO) | 0.352 DAILY MN | 0.2 | 5 | mg/L | Admitted | Admitted | |
| 6/10/2024 | 1 | Oxygen, dissolved (DO) | 0.222 DAILY MN | 0.2 | 5 | mg/L | Admitted | Admitted | |
| 6/11/2024 | 1 | Oxygen, dissolved (DO) | 0.298 DAILY MN | 0.2 | 5 | mg/L | Admitted | Admitted | |
| 6/12/2024 | 1 | Oxygen, dissolved (DO) | 0.278 DAILY MN | 0.2 | 5 | mg/L | Admitted | Admitted | |
| 6/13/2024 | 1 | Oxygen, dissolved (DO) | 0.228 DAILY MN | 0.2 | 5 | mg/L | Admitted | Admitted | |
| 6/14/2024 | 1 | Oxygen, dissolved (DO) | 0.353 DAILY MN | 0.4 | 5 | mg/L | Admitted | Admitted | |
| 6/17/2024 | 1 | Nitrogen, ammonia total (as N) | 4.718 DAILY MX | 4.8 | 3.5 | mg/L | Admitted | Admitted | |
| 6/10/2024 | 1 | pH, minimum | 0.222 DAILY MN | 6.4 | 6.5 | SU | Admitted | Admitted | |
| 6/13/2024 | 1 | pH, minimum | 0.228 DAILY MN | 6.2 | 6.5 | SU | Admitted | Admitted | |
| 6/14/2024 | 1 | pH, minimum | 0.353 DAILY MN | 6.2 | 6.5 | SU | Admitted | Admitted | |
| 6/3/2024 | 4 | pH, minimum | 0.856 DAILY MN | 6.4 | 6.5 | SU | Admitted | Admitted | |
| 6/4/2024 | 4 | pH, minimum | 0.408 DAILY MN | 6.4 | 6.5 | SU | Admitted | Admitted | |
| 6/5/2024 | 4 | pH, minimum | 0.983 DAILY MN | 6.4 | 6.5 | SU | Admitted | Admitted | |
| 6/4/2024 | 7 | pH, minimum | 0.05 DAILY MN | 6.3 | 6.5 | SU | Admitted | Admitted | |
| 7/20/2024 | 1 | Oxygen, dissolved (DO) | 1.982 DAILY MN | 0.5 | 5 | mg/L | Admitted | Admitted | |
| 7/4/2024 | 1 | Oxygen, dissolved (DO) | 2.275 DAILY MN | 4.3 | 5 | mg/L | Admitted | Admitted | |
| 7/11/2024 | 1 | Oxygen, dissolved (DO) | 4.3 DAILY MN | 4.6 | 5 | mg/L | Admitted | Admitted | |
| 7/12/2024 | 8 | Oxygen, dissolved (DO) | 0.112 DAILY MN | 4.8 | 5 | mg/L | Admitted | Admitted | |
| 7/16/2024 | 8 | Oxygen, dissolved (DO) | 0.1 DAILY MN | 4.6 | 5 | mg/L | Admitted | Admitted | |
| 7/24/2024 | 8 | Oxygen, dissolved (DO) | 0.225 DAILY MN | 4.8 | 5 | mg/L | Admitted | Admitted | |
| 7/29/2024 | 8 | Oxygen, dissolved (DO) | 0.295 DAILY MN | 4.2 | 5 | mg/L | Admitted | Admitted | |
| 7/30/2024 | 8 | Oxygen, dissolved (DO) | 0.353 DAILY MN | 4.2 | 5 | mg/L | Admitted | Admitted | |
| 7/31/2024 | 8 | Oxygen, dissolved (DO) | 0.517 DAILY MN | 4.8 | 5 | mg/L | Admitted | Admitted | |
| 7/4/2024 | 1 | Solids, total suspended | 2.275 DAILY MX | 58 | 45 | mg/L | Admitted | Admitted | |
| 7/23/2024 | 6 | Solids, total suspended | 0.079 DAILY MX | 66 | 45 | mg/L | Admitted | Admitted | |
| 7/31/2024 | 1 | Phosphorus, total (as P) | 4.381 MO AVG | 1.1 | 1 | mg/L | Admitted | Admitted | |
| 7/2/2024 | 1 | Phosphorus, total (as P) | 5.838 DAILY MX | 1.07 | 3.5 | mg/L | Admitted | Admitted | |
| 7/31/2024 | 7 | Phosphorus, total (as P) | 0.67 MO AVG | 1.05 | 1 | mg/L | Admitted | Admitted | |
| 7/31/2024 | 7 | Phosphorus, total (as P) | 0.67 MO AVG | 2.66 | 2.28 | kg/d | Admitted | Admitted | |
| 7/25/2024 | 7 | Phosphorus, total (as P) | 0.694 DAILY MX | 1.6 | 1.5 | mg/L | Admitted | Admitted | |
| 7/25/2024 | 7 | Phosphorus, total (as P) | 0.694 DAILY MX | 4.2 | 3.42 | kg/d | Admitted | Admitted | |
| 7/31/2024 | 8 | Phosphorus, total (as P) | 0.322 MO AVG | 3.6 | 1 | mg/L | Admitted | Deny in Part | Reported monthly average on Campbell's DMR was 1.32 mg/L. |
| 7/23/2024 | 8 | Phosphorus, total (as P) | 0.446 DAILY MX | 1.7 | 1.5 | mg/L | Admitted | Admitted | |
| 7/25/2024 | 8 | Phosphorus, total (as P) | 0.258 DAILY MX | 1.9 | 1.5 | mg/L | Admitted | Admitted | |
| 7/29/2024 | 8 | Phosphorus, total (as P) | 0.266 DAILY MX | 1.6 | 1.5 | mg/L | Admitted | Admitted | |
| 7/30/2024 | 8 | Phosphorus, total (as P) | 0.277 DAILY MX | 1.6 | 1.5 | mg/L | Admitted | Admitted | |
| 7/30/2024 | 9 | Phosphorus, total (as P) | 0.568 DAILY MX | 1.6 | 1.5 | mg/L | Admitted | Admitted | |
| 7/19/2024 | 7 | Application rate area sprayed | 0.9 DAILY MX | 3.4 | inches/day | | Admitted | Admitted | |
| 7/11/2024 | 7 | Application rate area sprayed | 0.9 DAILY MX | 1.7 | 1.5 | inches/day | Admitted | Admitted | |
| 7/18/2024 | 7 | Application rate area sprayed | 0.759 DAILY MX | 1.8 | 1.5 | inches/day | Admitted | Admitted | |
| 7/25/2024 | 7 | Application rate area sprayed | 1.082 DAILY MX | 2 | 1.5 | inches/day | Admitted | Admitted | |
| 7/26/2024 | 7 | Application rate area sprayed | 0.86 DAILY MX | 1.7 | 1.5 | inches/day | Admitted | Admitted | |
| 7/29/2024 | 7 | Application rate area sprayed | 0.446 DAILY MX | 1.6 | 1.5 | inches/day | Admitted | Admitted | |
| 7/10/2024 | 8 | Application rate area sprayed | 0.814 DAILY MX | 1.7 | 1.5 | inches/day | Admitted | Admitted | |
| 7/18/2024 | 8 | Application rate area sprayed | 1.083 DAILY MX | 1.9 | 1.5 | inches/day | Admitted | Admitted | |
| 7/15/2024 | 4 | pH, minimum | 0.865 DAILY MN | 6.4 | 6.5 | SU | Admitted | Admitted | |
| 7/2/2024 | 1 | BOD, carbonaceous, 05 day, 20 C | 4.822 DAILY MX | 44 | 40 | mg/L | Admitted | Admitted | |
| 7/11/2024 | 1 | BOD, carbonaceous, 05 day, 20 C | 4.3 DAILY MX | 85 | 40 | mg/L | Admitted | Admitted | |
| 7/31/2024 | 1 | BOD, carbonaceous, 05 day, 20 C | 4.381 MO AVG | 150.7 | 57 | kg/d | Admitted | Admitted | |
| 7/23/2024 | 7 | BOD, carbonaceous, 05 day, 20 C | 0.694 DAILY MX | 100 | 40 | mg/L | Admitted | Admitted | |
| 7/25/2024 | 1 | BOD, carbonaceous, 05 day, 20 C | 0.694 DAILY MX | 363.3 | 91.5 | kg/d | Admitted | Admitted | |
| 8/25/2024 | 1 | Oxygen, dissolved (DO) | 2.03 DAILY MN | 4 | 5 | mg/L | Admitted | Admitted | |
| 8/31/2024 | 1 | Oxygen, dissolved (DO) | 1.27 DAILY MN | 1.7 | 5 | mg/L | Admitted | Admitted | |
| 8/9/2024 | 1 | Oxygen, dissolved (DO) | 0.442 DAILY MN | 3.1 | 5 | mg/L | Admitted | Admitted | |
| 8/10/2024 | 7 | Oxygen, dissolved (DO) | 0.481 DAILY MN | 4 | 5 | mg/L | Admitted | Admitted | |
| 8/29/2024 | 7 | Oxygen, dissolved (DO) | 0.491 DAILY MN | 0.5 | 5 | mg/L | Admitted | Admitted | |
| 8/29/2024 | 7 | Oxygen, dissolved (DO) | 0.055 DAILY MN | 4 | 5 | mg/L | Admitted | Admitted | |
| 8/29/2024 | 7 | Oxygen, dissolved (DO) | 0.434 DAILY MN | 4.9 | 5 | mg/L | Admitted | Admitted | |
| 8/28/2024 | 9 | Oxygen, dissolved (DO) | 0.661 DAILY MN | 4.8 | 5 | mg/L | Admitted | Admitted | |
| 8/30/2024 | 9 | Oxygen, dissolved (DO) | 0.376 DAILY MN | 4.9 | 5 | mg/L | Admitted | Admitted | |
| 8/1/2024 | 8 | Oxygen, dissolved (DO) | 0.222 DAILY MN | 4 | 5 | mg/L | Admitted | Admitted | |
| 8/2/2024 | 8 | Oxygen, dissolved (DO) | 0.395 DAILY MN | 4.1 | 5 | mg/L | Admitted | Admitted | |
| 8/3/2024 | 8 | Oxygen, dissolved (DO) | 0.311 DAILY MN | 4.5 | 5 | mg/L | Admitted | Admitted | |
| 8/4/2024 | 8 | Oxygen, dissolved (DO) | 0.342 DAILY MN | 4.1 | 5 | mg/L | Admitted | Admitted | |
| 8/5/2024 | 8 | Oxygen, dissolved (DO) | 0.095 DAILY MN | 4 | 5 | mg/L | Admitted | Admitted | |
| 8/22/2024 | 8 | Oxygen, dissolved (DO) | 0.096 DAILY MN | 2.6 | 5 | mg/L | Admitted | Admitted | |
| 8/22/2024 | 1 | Solids, total suspended | 1.379 DAILY MX | 42 | 45 | mg/L | Admitted | Admitted | |
| 8/31/2024 | 7 | Solids, total suspended | 0.365 MO AVG | 28 | 30 | mg/L | Admitted | Admitted | |
| 8/13/2024 | 7 | Solids, total suspended | 0.276 DAILY MX | 58 | 45 | mg/L | Admitted | Admitted | |
| 8/13/2024 | 7 | Phosphorus, total (as P) | 0.276 DAILY MX | 1.82 | 1.5 | mg/L | Admitted | Admitted | |
| 8/1/2024 | 8 | Phosphorus, total (as P) | 0.222 DAILY MX | 1.58 | 1.5 | mg/L | Admitted | Admitted | |
| 8/5/2024 | 8 | Phosphorus, total (as P) | 0.526 DAILY MX | 1.56 | 1.5 | mg/L | Admitted | Admitted | |
| 8/6/2024 | 9 | Phosphorus, total (as P) | 0.469 DAILY MX | 1.51 | 1.5 | mg/L | Admitted | Admitted | |
| 8/14/2024 | 9 | Phosphorus, total (as P) | 0.248 DAILY MX | 1.86 | 1.5 | mg/L | Admitted | Admitted | |
| 8/15/2024 | 9 | Phosphorus, total (as P) | 0.424 DAILY MX | 1.75 | 1.5 | mg/L | Admitted | Admitted | |
| 8/26/2024 | 9 | Phosphorus, total (as P) | 1.288 DAILY MX | 1.63 | 1.5 | mg/L | Admitted | Admitted | |
| 8/27/2024 | 9 | Phosphorus, total (as P) | 0.75 DAILY MX | 1.71 | 1.5 | mg/L | Admitted | Admitted | |
| 8/28/2024 | 9 | Phosphorus, total (as P) | 0.163 DAILY MX | 1.62 | 1.5 | mg/L | Admitted | Admitted | |
| 8/29/2024 | 9 | Phosphorus, total (as P) | 0.376 DAILY MX | 1.55 | 1.5 | mg/L | Admitted | Admitted | |
| 8/16/2024 | 7 | Application rate area sprayed | 1.144 DAILY MX | 2.2 | 1.5 | inches/day | Admitted | Admitted | |
| 8/1/2024 | 4 | pH, minimum | 0.194 DAILY MN | 6.4 | 6.5 | SU | Admitted | Admitted | |
| 8/2/2024 | 1 | BOD, carbonaceous, 05 day, 20 C | 0.395 DAILY MX | 43 | 40 | mg/L | Admitted | Admitted | |
| 9/1/2024 | 1 | Oxygen, dissolved (DO) | 0.995 DAILY MN | 0.4 | 5 | mg/L | Admitted | Admitted | |
| 9/2/2024 | 1 | Oxygen, dissolved (DO) | 0.998 DAILY MN | 0.5 | 5 | mg/L | Admitted | Admitted | |
| 9/3/2024 | 1 | Nitrogen, ammonia total (as N) | 2.91 DAILY MX | 6.4 | 6.5 | SU | Admitted | Admitted | |
| 9/5/2024 | 1 | pH, minimum | 4.446 DAILY MN | 6.4 | 6.5 | SU | Admitted | Admitted | |
| 9/3/2024 | 99 | pH, minimum | 0.124 DAILY MN | 6.4 | 6.5 | SU | Admitted | Admitted | |
| 11/1/2024 | 1 | pH, minimum | 7.971 DAILY MX | 9.3 | 9 | SU | Admitted | Admitted | |
| 11/7/2024 | 1 | Oxygen, dissolved (DO) | 6.389 DAILY MN | 2.4 | 5 | mg/L | Admitted | Admitted | |
| 12/12/2024 | 1 | BOD, carbonaceous, 05 day, 20 C | 7.177 DAILY MX | 56 | 40 | mg/L | Admitted | Admitted | |
| 12/19/2024 | 99 | pH, minimum | 0.108 DAILY MN | 6.24 | 7 | SU | Admitted | Admitted | |