**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| ENVIRONMENT AMERICA, D/B/A ENVIRONMENT OHIO, AND LAKE ERIE WATERKEEPER,<br><br>Plaintiffs,<br>v.<br><br>CAMPBELL SOUP SUPPLY COMPANY L.L.C.,<br><br>Defendant. | Civil No. 3:24-cv-00515<br><br>Judge Jack Zouhary |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>CAMPBELL SOUP SUPPLY COMPANY L.L.C.,<br><br>Defendant. | Civil No. 3:24-cv-00523<br><br>Judge Jack Zouhary |

**JOINT STATUS REPORT
AND MOTION TO EXTEND THE SCHEDULE**

The Parties, Plaintiffs the United States, on behalf of the Environmental Protection Agency, Environment America, d/b/a Environment Ohio, and Lake Erie Waterkeeper, and

Defendant, Campbell Soup Supply Company L.L.C. ("Campbell's"), submit this Joint Status Report and Motion to Extend the Schedule, and state as follows:

**A. Status Update**

1. The Parties report that they remain actively engaged in negotiations to resolve the claims in the Complaints filed in this matter.

2. The Parties file this Joint Status Report and Motion to Extend the Schedule to apprise the Court of their discovery efforts.

**B. Request to Extend the Schedule**

3. On March 4, 2026, the Court issued a scheduling order in this matter. ECF No. 49.

4. The Scheduling Order sets forth the following schedule:

   a. Responsive document production: **April 6, 2026**

   b. Joint Status Report: **May 4, 2026**

   c. Depositions: **May 15, 2026**

   d. Primary Expert Reports: **May 15, 2026**

   e. Supplemental Expert Reports: **June 26, 2026**

   f. Discovery Deadline: **August 21, 2026**

5. The Parties respectfully request that the Court extend the schedule for this matter. The Parties make this request because Parties are scheduling more than ten depositions, and the current deposition schedule does not allow adequate time for the Parties' experts to develop their positions based on deposition testimony.

6. In addition, the Parties have expended significant time and resources on document production, which concluded on April 6, 2026. The Parties have been working cooperatively to resolve discovery disputes.

7. The Parties also request an extension of expert discovery because the Parties anticipate the expert reports in this matter will be highly technical in nature and require adequate time for experts to review the high volume of documents and information exchanged by the Parties.

8. The Parties are working cooperatively to best utilize their limited resources and believe this schedule will allow them adequate time to meet and confer and cooperatively resolve issues in this case without extensive motion practice.

9. The Parties respectfully request that the schedule be amended as follows:

a. Fact Discovery Deadline for Depositions: **June 22, 2026**

b. Exchange of Expert Witness Disclosures and Primary Expert Reports (including document production): **July 15, 2026**

c. Joint Status Report and Proposed Schedule for Remaining Pre-Trial Milestones: **August 14, 2026**

d. Rebuttal Expert Reports (including document production): **September 15, 2026**

e. Discovery Deadline: **November 13, 2026**

10. To accommodate the revised schedule, the Parties also respectfully request that the Court move the trial date. The Parties propose trial as convenient for the Court, noting that the original schedule allowed approximately four months from the close of fact discovery and trial. ECF No. 34. Following this model, trial would be scheduled for no earlier than March 2027.

11. Given the complexity of the issues in this case and the high volume of electronically stored information exchanged by the Parties, the Parties believe this schedule will

allow them to best utilize their limited resources while still moving to resolve this complex matter in a timely manner.

Respectfully submitted this 15th day of April, 2026

**FOR PLAINTIFFS**

FOR THE UNITED STATES OF AMERICA:
/s/ *Alexandra B. Sherertz (consent)*__________
Alexandra B. Sherertz
MD Bar No. 1212130122
United States Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 598-5263
Fax: (202) 616-2427
Email: alexandra.sherertz@usdoj.gov

Pedro R. Segura, III
United States Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 598-5263
Fax: (202) 616-2427
Email: pedro.segura@usdoj.gov

Patricia M. Fitzgerald
Office of the U.S. Attorney - Cleveland
Northern District of Ohio
Ste. 400
801 Superior Avenue, W
Cleveland, OH 44113
Phone: (216) 622-3779
Fax: (216) 522-2404
Email: Patricia.fitzgerald2@usdoj.gov

**FOR DEFENDANT**

/s/ *Jack A. Van Kley (consent)*__
Jack A. Van Kley (0016961)
Van Kley Law, LLC
5609 Piermont Court
Westerville, OH 43082
Phone: (614) 392-1100
Fax: (614) 705-6283
Email: jvankley@vankley.law
Trial Attorney for Defendant
Campbell Soup Supply Company L.L.C.

Karl Heisler (*pro hac vice*)
King & Spalding LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
Phone: (312) 764-6927
Fax: (312) 955-6330
Email: kheisler@kslaw.com

FOR THE CITIZEN PLAINTIFFS:

Christos N. Georgalis (0079433)
Flannery | Georgalis, LLC
1375 E. 9th Street, 30th Floor
Cleveland, OH 44114
Phone: (216) 367-2095
Email: chris@flannerygeorgalis.com

Matthew L. Jalandoni (0087074)
Flannery | Georgalis, LLC
175 S. 3rd Street, Suite 1060
Columbus, OH 43215
Phone: (380) 444-6027
Email: mjalandoni@flannerygeorgalis.com

/s/ *Charles C. Caldart (consent)*____
Charles C. Caldart (*pro hac vice*)
National Environmental Law Center
294 Washington Street, Suite 720
Boston, MA 02108
Phone: (206) 854-5481
Fax: (617) 292-8057
Email: cccnelc@aol.com

Joshua R. Kratka (*pro hac vice*)
National Environmental Law Center
294 Washington Street, Suite 720
Boston, MA 02108
Phone: (617) 747-4333
Fax: (617) 292-8057
Email: josh.kratka@nelc.org