**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| ENVIRONMENT AMERICA, D/B/A ENVIRONMENT OHIO, AND LAKE ERIE WATERKEEPER,<br><br>Plaintiffs,<br>v.<br><br>CAMPBELL SOUP SUPPLY COMPANY L.L.C.,<br><br>Defendant. | Civil No. 3:24-cv-00515<br><br>Judge Jack Zouhary |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>CAMPBELL SOUP SUPPLY COMPANY L.L.C.,<br><br>Defendant. | Civil No. 3:24-cv-00523<br><br>Judge Jack Zouhary |

**JOINT STATUS REPORT**
**AND PROPOSED SCHEDULE FOR REMAINING MILESTONES**

Pursuant to the Court's April 16, 2026 Order, the Parties, Plaintiffs the United States, on behalf of the Environmental Protection Agency, Environment America, d/b/a Environment Ohio, and Lake Erie Waterkeeper, and Defendant, Campbell Soup Supply Company L.L.C.,

submit this Joint Status Report and Proposed Schedule for Remaining Milestones, and state as follows:

**A. Status Update**

1. The Parties report that they remain actively engaged in negotiations to resolve the claims in the Complaints filed in this matter.

2. The Parties file this Joint Status Report and Proposed Schedule for Remaining Milestones to apprise the Court of their discovery efforts and expert disclosures.

3. The Parties completed written fact discovery, including responsive document production, and depositions on June 24, 2026 (revised from June 22, 2026).

4. The Parties exchanged Primary Expert Reports on August 7, 2026 (revised from July 15, 2026).

**B. Proposed Schedule for Remaining Milestones**

5. The Parties have agreed to the following schedule:

   a. Rebuttal Expert Reports (including document production): **September 29, 2026** (revised from September 15, 2026)

   b. Discovery Deadline: **November 13, 2026** (no change)

6. The Parties also propose submitting a status report and proposed schedule for remaining pre-trial milestones on **November 10, 2026**.

7. The Parties are working cooperatively to best utilize their limited resources and believe this schedule will allow them adequate time to meet and confer and cooperatively resolve any pre-trial issues in this case.

Respectfully submitted this 14th day of August, 2026.

**FOR PLAINTIFFS**

FOR THE UNITED STATES OF AMERICA:

Alexandra B. Sherertz
MD Bar No. 1212130122
United States Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 598-5263
Fax: (202) 616-2427
Email: alexandra.sherertz@usdoj.gov

/s/ Pedro R. Segura, III________________
Pedro R. Segura, III
United States Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 598-5263
Fax: (202) 616-2427
Email: pedro.segura@usdoj.gov

Patricia M. Fitzgerald
Office of the U.S. Attorney - Cleveland
Northern District of Ohio
Ste. 400
801 Superior Avenue, W
Cleveland, OH 44113
Phone: (216) 622-3779
Fax: (216) 522-2404
Email: Patricia.fitzgerald2@usdoj.gov

**FOR DEFENDANT**

/s/ Jack A. Van Kley________
Jack A. Van Kley (0016961)
Van Kley Law, LLC
5609 Piermont Court
Westerville, OH 43082
Phone: (614) 392-1100
Fax: (614) 705-6283
Email: jvankley@vankley.law
Trial Attorney for Defendant
Campbell Soup Supply Company L.L.C.

Karl Heisler (*pro hac vice*)
King & Spalding LLP
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
Phone: (312) 764-6927
Fax: (312) 955-6330
Email: kheisler@kslaw.com

FOR THE CITIZEN PLAINTIFFS:

Christos N. Georgalis (0079433)
Flannery | Georgalis, LLC
1375 E. 9th Street, 30th Floor
Cleveland, OH 44114
Phone: (216) 367-2095
Email: chris@flannerygeorgalis.com

Matthew L. Jalandoni (0087074)
Flannery | Georgalis, LLC
175 S. 3rd Street, Suite 1060
Columbus, OH 43215
Phone: (380) 444-6027
Email: mjalandoni@flannerygeorgalis.com

/s/ Charles C. Caldart______________
Charles C. Caldart (*pro hac vice*)
National Environmental Law Center
294 Washington Street, Suite 720
Boston, MA 02108
Phone: (206) 854-5481
Fax: (617) 292-8057
Email: cccnelc@aol.com

Joshua R. Kratka (*pro hac vice*)
National Environmental Law Center
294 Washington Street, Suite 720
Boston, MA 02108
Phone: (617) 747-4333
Fax: (617) 292-8057
Email: josh.kratka@nelc.org