IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Environment America, et al., | Case No. 3:24 CV 515 |
| Plaintiffs, | BENCH TRIAL ORDER |
| -vs- | JUDGE JACK ZOUHARY |
| Campbell Soup Supply Company, LLC, | |
| Defendants. | |

This case is scheduled for a Bench Trial on **Monday, April 5, 2027, at 9:00 AM** in Courtroom 1A, United States Courthouse, 1716 Spielbusch, Toledo, Ohio. Counsel may call Chambers (419-213-5679 or 419-213-5675) concerning trial protocol or procedures.

## *DAUBERT* MOTIONS

1. *Daubert* motions, to exclude or limit expert testimony or lay opinion, shall be filed by **Tuesday, January 19, 2027**; responses due by **Tuesday, February 16, 2027**. No replies unless requested by this Court. If more than one motion is made, all motions shall be filed in a single document (10-page limit). Motions will be ruled on in advance of trial. Counsel **must** meet and confer prior to filing such motions.

## MOTIONS IN LIMINE

2. Motions in Limine shall be filed by **Tuesday, January 19, 2027**; opposition due by **Tuesday, February 16, 2027**; no replies unless requested by this Court. If more than one motion is made, all motions shall be filed in a single document (10-page limit). Motions will be ruled on in advance of trial. Counsel **must** meet and confer prior to filing such motions to determine the necessity of such motions.

## JOINT WITNESS LIST

3. Counsel shall submit by **Tuesday, March 9, 2027,** a **Joint** List of Proposed Witnesses along with a brief discussion of any evidentiary issues likely to arise with respect to admissible testimony (*e.g.*, hearsay).

## DEPOSITIONS

4. Parties are specifically directed to comply with the provisions of Local Rule 32.1. Counsel shall confer to determine which testimony will be offered by deposition (including videotape deposition), agree on the designation of those portions of the depositions to be offered into evidence, and also identify any objections. Counsel shall file a proposed order listing the page(s) and line(s) for each designation objection. Designations and counter-designations shall be marked in a full copy of the deposition transcript (not the condensed Min-U-Script format), with designations and counter-designations highlighted in different colors. Plaintiffs' initial designations/counter-designations shall be highlighted or blocked in light yellow; Defendants' initial designations/counter-designations shall be highlighted or blocked in light green. Objections shall be highlighted or blocked in light red. Counsel shall note objections in the margins of the transcript, including the basis and legal support for any objections, and the offering party's responses to any objections. See attached sample proposed order and corresponding transcript.

5. Counsel shall file a complete written transcript of each deposition to be used at trial, including the designations and objections described above, by **Tuesday, March 16, 2027,** and shall provide a hard copy, with ECF header, to Chambers. Objections will be ruled on in advance of trial. If a complete written transcript has already been filed, counsel need not file a duplicate copy, and may instead file only the relevant pages containing designations and objections.

## EXHIBITS

6. Counsel shall exchange exhibits with each other, and provide Chambers with two complete sets to be used at trial -- one for the Bench and one for the witness stand -- along with a Joint Exhibit List by **Tuesday, March 23, 2027.** Counsel shall also provide Chambers with a flash drive containing all properly labeled exhibits corresponding with the "List of Exhibits." *See* JERS Order. Counsel shall submit the JERS flash drive by **Tuesday, March 23, 2027.** Do **not** file exhibits with the Clerk of Court.

7. Exhibits must be marked before trial with numbers, irrespective of which party is producing the exhibit. No duplicates are allowed. Sequence of numbers is not important. Counsel shall **not** label exhibits as "Plaintiffs'" Exhibit or "Defendants'" Exhibit, but as "Trial Exhibit."

8. Counsel are responsible for maintaining original trial exhibits, and for filing exhibits needed for appeal purposes.

## TRIAL BRIEFS

9. Counsel shall submit simultaneous Trial Briefs of the Case (5-page maximum) to this Court by **Tuesday, March 30, 2027**.

## NOTICE TO COURT REPORTER

10. In order to facilitate the creation of an accurate Realtime record, counsel shall provide a "Notice to Court Reporter" by **Tuesday, March 30, 2027,** containing:

- Proper names, including those of witnesses;
- Acronyms;
- Geographic locations;
- Technical (*e.g.*, medical) terms, names, or jargon.

The "Notice to Court Reporter" need **not** be filed but shall be provided in person or via e-mail to Zouhary_Chambers@ohnd.uscourts.gov.

## COURTROOM ELECTRONICS

11. Well in advance of trial, counsel should be trained and familiar with the electronic presentation of evidence and the use of courtroom equipment. Counsel may contact Chambers to schedule an **in-person** appointment. Training virtually or training in person just before or during trial is **not** permitted.

IT IS SO ORDERED.

*s/ Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

November 13, 2026